# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| TANYA WILDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-00092-JD |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, and ZAC HENDERSON INS. | ) | |
| AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 21, 2025, Defendant State Farm Fire and Casualty Company removed this action. [Doc. No. 1]. Upon removal, the Federal Rules of Civil Procedure apply. Fed. R. Civ. P. 81(c)(1); *see also* LCvR81.1–81.2.

Any pending motion from state court must be refiled in conformity with the Federal Rules of Civil Procedure, Local Civil Rules, and this Order. *See* LCvR81.2(b). Additionally, in the absence of a contrary stipulation or court order, discovery pending in state court at the time of removal is considered void. LCvR81.2(c).

Before filing any motions in this federal civil action, the parties must confer and include a certificate of conference in any filed motion. Failure to comply with the rules and court orders will result in the filing being stricken.

By issuing this Order, the Court is attempting to manage its docket in the manner consistent with Federal Rule of Civil Procedure 1 and its inherent power to control its docket, and is attempting to avoid unnecessary motion practice. The Court expects the

parties to proceed in a way that avoids unnecessary use of limited Court resources. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (recognizing the "inherent power" of courts to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases"). The Court also expects the parties and their counsel to proceed in a way that recognizes their obligations under Federal Rule of Civil Procedure 11 and the Federal Rules in general.

This Order applies and continues to apply to any motion filed in this action. The Court expects the parties to confer and attempt to resolve their disputes before seeking any determination by the Court.

IT IS SO ORDERED this 24th day of January 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

2