**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TANYA WILDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  CIV-25-92-JD |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S WITNESS LIST

In compliance with the Court's Scheduling Order, Plaintiff submits the following

Witness List:

| Witness | Projected Testimony | May or Will Call |
|---|---|---|
| Tanya Wilder, c/o Whitten Burrage, 512 N. Broadway Ave., Suite 300, Oklahoma City, OK 73132 | Deposed | Will |
| Ryan Loudermilk Armor Roofing 348 Edgewood Ave. Bartlesville, OK 74006 | Deposed | Will |
| Harry E. Coates, Jr. Wallace Design Collective 123 North Martin Luther King Jr. Blvd. Tulsa, OK 74103 | Inspection of the subject property/roof, review of claim documents, the impact of the subject storm on the roof/property, damages sustained to the roof/property, standards in the roofing industry, and related issues. | Will |
| Mark Romano Romano Claims Consulting LLC, 5265 Sunset Lake Road, PMB#6 | Industry standards, review and analysis of State Farm policies and procedures, relevant wind/hail | Will |

| | | |
|---|---|---|
| Holly Springs, NC 27540 | documents including all aspects of the Wind/Hail Fire Enhancement Team, and related issues based on current discovery and discovery to be conducted. | |
| Walt Haskins<br>311 East 11th St.<br>Tulsa, OK 74120 | Industry standards, review and analysis of State Farm policies and procedures, relevant wind/hail documents including all aspects of the Wind/Hail Fire Enhancement Team, and related issues based on current discovery and discovery to be conducted. | Will |
| Christopher W. Young, Ph.D.<br>Resolution Economics, LLC, 550 Fifth Avenue, 6th Floor, New York, NY 10036 | Opinions based on expertise in economics, corporate finance, financial gains of State Farm, and other related financial opinions based on the Wind/Hail Fire Enhancement Team, indemnity and savings to State Farm, returns on investment, related analyses, damages, business ethics, overall business conduct, and other related issues based on discovery to be conducted. | Will |
| Zac Henderson and/or representative of Zac Henderson Insurance Agency c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Wind Hail Initiative, Plaintiffs' Policy and Process/Investigation of Plaintiffs' Claim | Will |
| Varice Smith, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., | Circumstances surrounding Plaintiffs' Claim and denial thereof | Will |

2

| | | |
|---|---|---|
| Suite 100, Oklahoma City, OK 73102 | | |
| Kyle Lynn, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Circumstances surrounding Plaintiffs' Claim and denial thereof | Will |
| Jaylen Rencher, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Circumstances surrounding Plaintiffs' Claim and denial thereof | May |
| Representative of Accenture LLP, 525 N.W. 11th St., Oklahoma City, OK 73103 | Work performed for State Farm as to wind/hail claims and/or full roof replacements on wind/hail claims | Will |
| Nicole Manduca, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100 Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |
| Tom Moss, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |
| Melissa Grimmett, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |
| Susan Maynard, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |
| Wensley Herbert, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |

| Scott Welsh, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |
|---|---|---|
| Amy Lanier, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |
| Kelly Wienstroer, c/o Crowe & Dunlevy, Braniff Building, 324 N. Robinson Ave., Suite 100, Oklahoma City, OK 73102 | Knowledge of Wind Hail Initiative and its impact on State Farms' investigation of wind/hail claims | Will |
| Additional witnesses listed by Defendant not otherwise objected to by Plaintiffs. | | May |
| Additional witnesses necessary for rebuttal. | | May |

As discovery is still ongoing, Plaintiff reserves the right to amend this witness list as necessary.

Respectfully submitted,

/s/ *Jake Denne*
Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097

**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office:        405.516.7800
Facsimile:    405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com

hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

***Attorneys for Plaintiff***

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all parties of record by means of the Court's ECF system.

/s/ *Jake Denne*