**From:** HOME SYS-MCT-LYNCARCH [/O=STATEFARM/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=A6FB63A0115C428C8D0BAD6604AE1CB1]
**Sent:** 7/1/2020 6:31:03 PM
**To:** Greg Robinson [greg.robinson.l420@statefarm.com]; Nicole Manduca [nicole.manduca.lok2@statefarm.com]
**BCC:** greg.robinson.l420@statefarm.com; nicole.manduca.lok2@statefarm.com
**Subject:** SendLyncArchivingDataToHadoop

**Transcript for instant messaging (IM) session: Conversation between greg.robinson.l420@statefarm.com and nicole.manduca.lok2@statefarm.com**

**greg.robinson.l420@statefarm.com [2020-06-29 15:33:28 (UTC)]:**
So they will provide a claim listing?

**nicole.manduca.lok2@statefarm.com [2020-06-29 15:33:40 (UTC)]:**
Yes

**greg.robinson.l420@statefarm.com [2020-06-29 15:34:08 (UTC)]:**
Just need to understand that second piece around the opportunity

**nicole.manduca.lok2@statefarm.com [2020-06-29 15:34:46 (UTC)]:**
Here's where my head goes.....

**nicole.manduca.lok2@statefarm.com [2020-06-29 15:36:29 (UTC)]:**
If in fact Full Roof Replacements is our biggest bucket of opportunity, we think our best option is to first focus on small hail/light wind. With that focus, we would best benefit by having an easy way to track small hail/light wind and correspond to FRR. This gets to the data point we need to automate. Right now, we will have to use 'key word' searches in ECS to match the hail size/wind speed with the Payment Code of TR, PRR, etc.

**nicole.manduca.lok2@statefarm.com [2020-06-29 15:37:12 (UTC)]:**
Can you hop on a call with me briefly after this wraps?

EXHIBIT
3