**From:** home.sys-mct-lyncarch.883c00@statefarm.com [home.sys-mct-lyncarch.883c00@statefarm.com]
**Sent:** 12/4/2020 7:20:55 PM
**To:** nicole.manduca.lok2@statefarm.com; dana.jokerst.pmhi@statefarm.com
**Subject:** SendLyncArchivingDataToHadoop

**Transcript for instant messaging (IM) session: Conversation between nicole.manduca.lok2@statefarm.com and dana.jokerst.pmhi@statefarm.com**

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:51:06 (UTC)]:**
The hypothesis helped us see our biggest buckets of opportunity (indemnity spend)

**dana.jokerst.pmhi@statefarm.com [2020-12-02 16:51:24 (UTC)]:**
That is great

**dana.jokerst.pmhi@statefarm.com [2020-12-02 16:51:41 (UTC)]:**
So Accenture reps will be on the workshop calls?

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:53:04 (UTC)]:**
I have to get my head around what that will look like for Water, but essentially our analysis found that we (SF) replaced roofs at a far higher percentage for small hail/light wind compared to industry average. For example, we replaced 85% on small hail compared to industry average of 8-10%, followed by 65% on light wind compared to industry average of about 5%. When we ran the dollars, that narrowed our focus of opportunity.

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:53:14 (UTC)]:**
I believe they will just not sure when that begins.

**dana.jokerst.pmhi@statefarm.com [2020-12-02 16:53:43 (UTC)]:**
Wow! That is significant!

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:54:37 (UTC)]:**
Indeed. That also supported our need for data integrity (updating participants, additional inspections) so we could track if particular contracting firms drove these outcomes and/or where our skill opportunities resided.

**nicole.manduca.lok2@statefarm.com [2020-12-02 16:56:15 (UTC)]:**
You'll be provided the indemnity spend in the buckets of opportunity - it'll stay at your level and higher. That's how you'll engage Wendy and the O's on how you prioritize your focus and guidelines. For example, one of your buckets may be a $50M opportunity if our Accuracy improves in that space.

**dana.jokerst.pmhi@statefarm.com [2020-12-02 17:01:12 (UTC)]:**
That's incredible

EXHIBIT
4