# 2020 Fire Weather Leadership Business Plan

## Accuracy Tactical Plan

State Farm




We are committed to achieving a culture of operational excellence where our actions lead to growing State Farm®. Our excellence will be achieved as #oneteam. We are compelled by our customer-driven focus, with a contemporary leadership mindset that drives success today and positions us for tomorrow. Our team accelerates outcomes through innovative thinking and early adoption of technology. We build confidence in our ability and agility, and inspiring each other to continuously improve and have fun in our service to others.

**Accuracy*** Drive improvement in claim handling accuracy.

Outcomes

- Improved Wind/Hail Trends
- A minimum of 80% on 100% Section Manager Surveys

Priorities

Year-over-year trends indicate Wind/Hail and Non-Weather Water perils provide the greatest opportunity to impact enterprise results, accounting for 57% of Net Paid Indemnity (NPI) and 70% of claim counts. Wind/Hail losses are 40% of NPI and 49% of claim counts, with Incurred Frequency up 1.2% YOY. Water losses account for 17% of NPI and 21% of claim counts, with Incurred Frequency down 4.9% YOY.

Wind/Hail Macro View of Quality Insights and Approach

EXHIBIT 5

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.


Confidential Produced Pursuant to Protective Order

# 2020 Fire Weather Leadership Business Plan

## Accuracy Tactical Plan

StateFarm

<table>
<tr><th>Trends</th><th>Root Causes</th><th>Solution Tactics</th><th>Success Measures</th><th>Resource Needs</th></tr>
<tr>
<td>Enterprise (as of Dec 2019)
<table>
<tr><th>Trends</th><th>Wind/Hail</th></tr>
<tr><td>Overall NPI</td><td>40% $4.4B</td></tr>
<tr><td>NPI Increase</td><td>10% $400M</td></tr>
<tr><td>Overall Counts</td><td>49%</td></tr>
<tr><td>Paid Severity</td><td>$10,090</td></tr>
<tr><td>PS Increase</td><td>7.5% $760</td></tr>
<tr><td>Incurred Frequency</td><td>1.2%</td></tr>
</table>
2020 Five States of Focus<br>Ranked Opportunity by Peril
<table>
<tr><th>Wind/Hail</th></tr>
<tr><td>TX</td></tr>
<tr><td>FL</td></tr>
<tr><td>MI</td></tr>
<tr><td>NY</td></tr>
<tr><td>CA</td></tr>
</table>
Top Five States<br>Enterprise Ranked Opportunity by Peril
<table>
<tr><th>Wind/Hail</th></tr>
<tr><td>TX</td></tr>
<tr><td>IL</td></tr>
<tr><td>GA</td></tr>
<tr><td>OH</td></tr>
<tr><td>PA</td></tr>
</table>
</td>
<td>Skills Set Gaps<br>• Investigation & Coverage Analysis<br>  ○ Damage Identification<br>• Estimate Writing<br>  ○ Scoping & Documentation<br>• Estimate Reconciliation<br><br>Leadership Gaps<br>• Consistent coaching to quality, including CM to SM, SM to TM and TM to CH<br>• Proactive use of monitoring tools<br>• Accountability to outcomes</td>
<td>Skills Set Tactics<br>Applies to leaders and claim handlers<br>• MyBlock Performance Framework with Technical Skill Documentation<br>• Upskill in Office and Deployed workforce on Xactimate<br>• Modified settlement authority<br><br>Wind/Hail<br>• Haag Engineering Baseline Training<br>• Total Roof Overturn Authority<br>• Damage ID & Coverage Decision TM File Review and Coaching: 35 payments with Reason Code TR, PR or NR and 35 CWP to Paid status<br><br>Leadership Tactics<br>Applies to CM, SM and TM leaders<br>• MyBlock Performance Framework Validation<br>• Use XactAnalysis to monitor progress and reskill as identified<br>• Modified settlement authority<br>• EOM Coaching Activities with focus on technical instruction<br><br>Wind/Hail<br>• Total Roof Overturn and 35 Payment Monitoring</td>
<td>• Estimate Difference<br>• Average Reconciliation Payment<br>• R12 Paid Severity<br>• Wind/Hail<br>  ○ Total Roof Overturn Rate</td>
<td>• Haag Engineering Training<br>• Consulting Services<br>• Claims Training Support<br>• Reinspection Shared Services</td>
</tr>
</table>

**Where we go, we grow.** But first, where do I need to lead my teams to grow.

- 2019 SM Survey Results indicates our opportunities are:
  1. Investigation - Damage Identification
  2. Estimate Writing – Scoping & Documentation
  3. Estimate Reconciliation
- Consider the opportunities and results below in our Fire Weather claim handling

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.


Confidential Produced Pursuant to Protective Order 

# 2020 Fire Weather Leadership Business Plan

## Accuracy Tactical Plan

StateFarm

**2019 SM Survey Results** / **Investigation**

| | | Investigation | Damage Evaluation | Resolution | Overall | Initial Contact | Diligent Investigation | Initial Loss of Use Established | Effective Mgmt of Loss of Use | Subrogation |
|---|---|---|---|---|---|---|---|---|---|---|
| STEW | Huffman | 65% | 80% | 71% | 72% | 59% | 80% | 33% | 57% | 67% |
| STEW | Piha | 58% | 61% | 55% | 59% | 56% | 60% | 67% | 67% | 100% |
| STEW | Short | 74% | 86% | 71% | 77% | 66% | 79% | 100% | 100% | 73% |
| STEW | Spackman | 64% | 80% | 58% | 67% | 56% | 75% | 43% | 80% | 0% |
| STEW | **Moore** | **62%** | **77%** | **64%** | **68%** | **56%** | **71%** | **45%** | **70%** | **43%** |
| HRU | Colbert | 89% | 93% | 63% | 73% | | 92% | | | |
| HRU | McCardle | 82% | 87% | 62% | 70% | | 82% | | | |
| HRU | **Manduca** | **85%** | **90%** | **61%** | **71%** | | **87%** | | | |
| LLRU | Hodgson | 66% | 68% | 47% | 61% | 56% | 71% | 57% | 57% | 88% |
| LLRU | **Manduca** | **66%** | **68%** | **47%** | **61%** | **56%** | **71%** | **57%** | **57%** | **88%** |
| Deployed | Reuschendorfer | 61% | 78% | 59% | 69% | 54% | 69% | 0% | | 57% |
| Deployed | Thoma | 82% | 81% | 78% | 81% | 80% | 85% | 0% | | |
| Deployed | Chikahisa | | | | | | | | | |
| Deployed | Frampton/Ellerman | 71% | 70% | 75% | 71% | 63% | 46% | 100% | 100% | |
| Deployed | Rentz | 64% | 64% | 77% | 66% | 65% | 63% | 0% | 0% | 100% |
| Deployed | Robinson | 63% | 65% | 82% | 68% | 64% | 66% | 0% | | 0% |
| Deployed | Tasoro | 71% | 72% | 77% | 74% | 71% | 77% | 0% | 60% | 0% |
| Deployed | Young | 72% | 76% | 63% | 72% | 75% | 70% | 100% | 33% | |
| Deployed | Gardner | | | | | | | | | |
| Deployed | Betz | 82% | 75% | 61% | 74% | 56% | 69% | | | 0% |
| Deployed | Escott | 75% | 77% | 73% | 76% | 89% | 60% | 100% | 100% | |
| Deployed | Galloway | 69% | 74% | 64% | 71% | 72% | 64% | 100% | 100% | |
| Deployed | Mack | 68% | 77% | 70% | 73% | 86% | 49% | | | |
| Deployed | Nasi | 83% | 83% | 83% | 83% | 82% | 75% | | | |
| Deployed | Pardo | | | | | | | | | |

**Damage Evaluation** / **Resolution**

| Thorough Scope of Cov A Loss | Estimate | Thorough Scope of Cov B Loss | Personal Property Inventories Verified | PP Settlement Supported by Documentation | Estimate Reconciliation | Management Involvement | Active Handling and Resolution |
|---|---|---|---|---|---|---|---|
| 71% | 67% | 85% | 59% | 79% | 56% | 78% | 75% |
| 50% | 33% | 62% | 86% | 57% | 37% | 20% | 69% |
| 82% | 86% | 86% | 95% | 78% | 59% | 64% | 76% |
| 53% | 43% | 89% | 95% | 82% | 28% | 50% | 69% |
| **65%** | **56%** | **81%** | **91%** | **76%** | **42%** | **52%** | **72%** |
| 96% | 75% | 100% | 67% | 67% | 79% | 81% | 38% |
| 88% | 100% | 67% | 67% | 100% | 76% | 77% | 45% |
| **92%** | **83%** | **83%** | **67%** | **80%** | **77%** | **79%** | **42%** |
| 82% | 88% | 54% | | | 33% | 59% | 38% |
| **82%** | **88%** | **54%** | | | **33%** | **59%** | **38%** |
| 54% | 69% | 0% | | 57% | 44% | 82% | 55% |
| 80% | 85% | 0% | | | 56% | 68% | 84% |
| | | | | | | | |
| 89% | 61% | 77% | 71% | 51% | 33% | 73% | 83% |
| 65% | 63% | 0% | 0% | 100% | 28% | 75% | 75% |
| 64% | 66% | 0% | | 0% | 60% | 62% | 89% |
| 71% | 77% | 0% | 60% | 0% | 40% | 73% | 89% |
| 75% | 70% | 100% | 33% | | 42% | 45% | 71% |
| | | | | | | | |
| 90% | 49% | 90% | 93% | 57% | 33% | 23% | 73% |
| 91% | 47% | 90% | 93% | 67% | 33% | 61% | 79% |
| 82% | 59% | 86% | 89% | 61% | 33% | 53% | 72% |
| 90% | 57% | 92% | 91% | 64% | 50% | 58% | 75% |
| 90% | 55% | 96% | 98% | 78% | 75% | 89% | 82% |
| | | | | | | | |

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.


Confidential Produced Pursuant to Protective Order

# 2020 Fire Weather Leadership Business Plan

Accuracy Tactical Plan

State Farm

**Strategy Execution Exercise**

- Clear outcomes and common understanding
- Mutual commitment and cooperation
- Why, How, What execution

People

| Tactic | Success Measure by Role | Frequency of Success Measure | EOM Coaching Activity by Role |
|---|---|---|---|
| Execute on 2020 Fire Property Claims Plan with excellence<br><br>1.30.20 2020 Fire Claims Quality Plan I<br><br>• MyBlock5<br>• ORT Results<br>• Total Roof Authority and Monitoring<br>• Reconciliation Accuracy | MyBlock 5<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>ORT Results<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>Total Roof Authority and Monitoring<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>Reconciliation Accuracy<br>VPO<br>CM<br>SM<br>TM<br>CH | MyBlock 5<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>ORT Results<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>Total Roof Authority and Monitoring<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>Reconciliation Accuracy<br>VPO<br>CM<br>SM<br>TM<br>CH | MyBlock 5<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>ORT Results<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>Total Roof Authority and Monitoring<br>VPO<br>CM<br>SM<br>TM<br>CH<br><br>Reconciliation Accuracy<br>VPO<br>CM<br>SM<br>TM<br>CH |
| Conduct Hail Damage Identification training | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Assess & adjust settlement authority based on quality claim handling; IO focus on Ordinance & Law, Deployed focus on Damage ID and Documentation | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Refresh Coaching Activities with focus on technical instruction | VPO<br>CM<br>SM<br>TM | VPO<br>CM<br>SM<br>TM | VPO<br>CM<br>SM<br>TM |

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.



Confidential Produced Pursuant to Protective Order

# 2020 Fire Weather Leadership Business Plan

Accuracy Tactical Plan

| | | | |
|---|---|---|---|
| | CH | CH | CH |
| Leaders maintain authority on overturns and monitor payment activity on CWP claims | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Upskill claims workforce on Xactimate | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Targeted use of XactAnalysis to coach to performance results | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.


Confidential Produced Pursuant to Protective Order

# 2020 Fire Weather Leadership Business Plan

StateFarm

Accuracy Tactical Plan

Process

| Tactic | Success Measure by Role | Frequency of Success Measure | EOM Coaching Activity by Role |
|---|---|---|---|
| Align Deployed workforce to damage areas based on skills sets | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Implement IO Call Recording/Screen Capture to enable root cause identification | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Update Xactimate with Wind/Hail enhancements and use effectively | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Activate state model approach to Wind/Hail Peril in alignment with Claim Insights testing | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.



Confidential Produced Pursuant to Protective Order

# 2020 Fire Weather Leadership Business Plan

State Farm

Accuracy Tactical Plan

Technology

| Tactic | Success Measure by Role | Frequency of Success Measure | EOM Coaching Activity by Role |
|---|---|---|---|
| Address contractor phone activity into IO operations | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Explore real-time "Xactimate Estimate Check" prior to issuing settlement draft | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Discover opportunity for advanced weather data beyond atmospheric data, including Geospatial Intelligence Model Testing | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |
| Test Claim Data Insights opportunities to prioritize new claims based on file markers, optimize timing of management review, and enhance inventory management for Wind/Hail claims | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH | VPO<br>CM<br>SM<br>TM<br>CH |

FOR INTERNAL STATE FARM USE ONLY — Contains CONFIDENTIAL information which may not be disclosed without express written authorization.


Confidential Produced Pursuant to Protective Order