**From:** Nicole Manduca [/O=STATEFARM/OU=HOME/CN=RECIPIENTS/CN=LOK2]
**Sent:** 1/16/2023 10:20:46 PM
**To:** Tammy Higa-Seaver [tammy.higa-seaver.c7sy@statefarm.com]
**BCC:** Nicole Manduca [nicole.manduca.lok2@statefarm.com]; Tammy Higa-Seaver [tammy.higa-seaver.c7sy@statefarm.com]
**Subject:** FW: Wind/Hail Peril Trends
**Attachments:** Total Homeowners Wind Hal - December 2022.pdf; Wind Hail 5 year trends.pdf

We can talk through this in a touch point but thought you may find the information interesting to see the year-over-year comparisons. We started the Wind/Hail FME work the summer of 2020 (pilot in one count in DFW) then scaled December 2020. Volume down while severity up quite a bit. About a $1.4B decrease in indemnity from 2020 to 2021 (Wind Hail 5 year trends attachment).

I also received additional data this morning on our Total Roof to Partial Roof Replacement ratio. When we started this work, we were replacing roofs at a rate of 5.6 to every 1 we repaired. In 2021 we landed at 2.0 for every 1 and 2022 increased to 2.2 to every 1.

**From:** Terrie Lemon <terrie.lemon.hhi1@statefarm.com>
**Sent:** Friday, January 13, 2023 11:30 AM
**To:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** Wind/Hail Peril Trends

Hi Nicole,
Attached are some views of the Enterprise wind/hail results over the prior 5-year period.

Please let me know if you have any questions, or require additional information, or wish to see them in a different format.

Thank you
Terrie

Terrie Lemon, CPCU
*Sr. Business Analyst*
*P&C Analytics - Claims*
E-Mail | terrie.lemon.hhi1@statefarm.com

re³markable℠

Every Customer | Every Interaction | Every Day

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*

EXHIBIT
6