---

**From:** home.sys-mct-lyncarch.883c00@statefarm.com [home.sys-mct-lyncarch.883c00@statefarm.com]
**Sent:** 3/5/2021 10:48:16 PM
**To:** kathy.ress.he8j@statefarm.com; nicole.manduca.lok2@statefarm.com
**Subject:** SendLyncArchivingDataToHadoop

**Transcript for instant messaging (IM) session: Conversation between kathy.ress.he8j@statefarm.com and nicole.manduca.lok2@statefarm.com**

**kathy.ress.he8j@statefarm.com [2021-03-03 20:21:27 (UTC)]:**
WIll you have W/Hdashboard ready for next month quality check in we could highlight in this call?
**nicole.manduca.lok2@statefarm.com [2021-03-03 20:21:44 (UTC)]:**
Would love to
**kathy.ress.he8j@statefarm.com [2021-03-03 20:22:19 (UTC)]:**
Very good. We're going to focus on Wind/Hail TX, IL and GA. and the FME dashboard
**kathy.ress.he8j@statefarm.com [2021-03-03 20:22:23 (UTC)]:**
Will that work for you?
**nicole.manduca.lok2@statefarm.com [2021-03-03 20:23:04 (UTC)]:**
i'm drooling :o3:o3:o3
**kathy.ress.he8j@statefarm.com [2021-03-03 20:23:34 (UTC)]:**
lol!
**nicole.manduca.lok2@statefarm.com [2021-03-03 20:24:19 (UTC)]:**
Passion project...I am so excited and optimistic (and I believe steeped in reality) that we WILL realize improvements in Wind/Hail trends in '21
**kathy.ress.he8j@statefarm.com [2021-03-03 20:29:57 (UTC)]:**
SIlver platter for you.
**nicole.manduca.lok2@statefarm.com [2021-03-03 20:30:11 (UTC)]:**
:P
**kathy.ress.he8j@statefarm.com [2021-03-03 20:30:19 (UTC)]:**
lol...

EXHIBIT
8