**From:** home.sys-mct-lyncarch.883c00@statefarm.com [home.sys-mct-lyncarch.883c00@statefarm.com]
**Sent:** 9/28/2020 9:22:30 AM
**To:** wendy.mazza.c9s2@statefarm.com; nicole.manduca.lok2@statefarm.com
**Subject:** SendLyncArchivingDataToHadoop

**Transcript for instant messaging (IM) session: Conversation between wendy.mazza.c9s2@statefarm.com and nicole.manduca.lok2@statefarm.com**

**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:11:51 (UTC)]:**
Are we still moving forward with having the Insight for accuweather and ISO info?
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:11:58 (UTC)]:**
That might be a good call out for Fire.
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:12:18 (UTC)]:**
Insight for ISO, yes. Potential Match Locator - however it is not in flight yet.
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:12:29 (UTC)]:**
Additional approvals needed from P&C
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:12:37 (UTC)]:**
Got it. Thanks
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:13:34 (UTC)]:**
My understanding is ET is working on an ECS enhancement (not sure where it's prioritized) to pull in Accuweather data at FNOL. Again, not in flight.
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:14:17 (UTC)]:**
But our work might help inform what the possibilities are with it, right?
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:14:29 (UTC)]:**
What would you highlight as the "hot" topic for Fire?
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:14:33 (UTC)]:**
Take that thought further for me...
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:15:04 (UTC)]:**
I think expanding/broadening management review on higher hail/wind severity threshold nets us the most gain from now until the end of the year.
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:15:09 (UTC)]:**
Since we are getting the acuweather data, and how we are using and its impact on claim outcomes. That will help push the ET work faster.
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:15:28 (UTC)]:**
If it shows positive outcomes.
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:15:45 (UTC)]:**
Agree. We are having some learnings around Accuweather in/outside of the model. It's a helpful data point but it's not the end-all.
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:15:54 (UTC)]:**
Got it.
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:17:19 (UTC)]:**
I think the Accuweather, Management Reviews and Roof Skills Review are the highlights. Art of the Conversation rounds it out in that with improved quality, inevitably we are engaging in tougher conversations. This training helps in having courteous and effective conversations when we are unable to extend coverage or only partial coverage.
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:17:56 (UTC)]:**
(y)
**nicole.manduca.lok2@statefarm.com [2020-09-24 20:22:46 (UTC)]:**
I am now seeing that I likely was not supposed to be invited to this call. Good grief
**wendy.mazza.c9s2@statefarm.com [2020-09-24 20:23:21 (UTC)]:**
Youre good.

EXHIBIT
9