**From:** Nicole Manduca [/O=STATEFARM/OU=HOME/CN=RECIPIENTS/CN=LOK2]
**Sent:** 6/30/2021 1:09:47 PM
**To:** Lisa Clauson [lisa.clauson.hfnd@statefarm.com]
**BCC:** Nicole Manduca [nicole.manduca.lok2@statefarm.com]
**Subject:** FW: DocumentsFire WindHail Playbook 6.29.2021 DRAFT.pptx
**Attachments:** DocumentsFire WindHail Playbook 6.29.2021 DRAFT.pptx

Hi Lisa – wanted to provide a heads up that we'll have a communication w/ this week's Playbook linked ready to go likely this morning. I know Katie has already worked on the internal and ECR communications and may just need to touch up a few items now that the playbook is completed. I'll stay in touch.

---

**From:** Nicole Manduca
**Sent:** Wednesday, June 30, 2021 6:56 AM
**To:** Daphne Outerbridge Louie <daphne.o.louie.gryi@statefarm.com>; Scott Welsh <scott.welsh.cx30@statefarm.com>; Steve Meulemans <steve.meulemans.gorz@statefarm.com>; Tom Moss <tom.moss.c4sg@statefarm.com>; Katie Benes <katie.benes.p98b@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** DocumentsFire WindHail Playbook 6.29.2021 DRAFT.pptx

Good morning all –

Sharing the proposed Playbook DRAFT for distribution today, June 30. Katie will assist if there are any updates needed to the links to ensure the end user is able to easily access once communicated – we have found she needs to work her magic (and she's amazing) on the last two weeks of communications.

We are focused on the following for these plays:

- Ramp up use of Voicemail Monitoring, Call Recording/Screen Capture and EOM activities. Leaders will be expected to share specific observations and claim examples in huddles. (This is a 'repeat' play as we did not see adoption – KR requested it be included)
- Incorporate best practice of using the recently enhanced Evaluating Composition Roofing Brochure when explaining the results of our wind/hail roof inspections.
- Outline expectation that the Customer Service Survey will be extended for an additional two weeks in order to realize improved behaviors relative to Communication and Customer Expectations. (KR request to extend survey 2 weeks)

Please let me know if any questions or revisions needed. I've shared the Playbook with Kathy yesterday afternoon but know she's on PTO and traveling today – I do not expect to hear back from her before this needs to be distributed.

Thank you,

Nicole

EXHIBIT
11