| | |
|---|---|
| **From:** | Angela M Mitchell [/O=STATEFARM/OU=EAST/CN=RECIPIENTS/CN=SPNB] |
| **Sent:** | 6/23/2021 1:41:41 PM |
| **To:** | Nicole Manduca [nicole.manduca.lok2@statefarm.com] |
| **BCC:** | Angela M Mitchell [angela.mmitchell.spnb@statefarm.com]; Nicole Manduca [nicole.manduca.lok2@statefarm.com] |
| **Subject:** | FW: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx |

Hi Nicole. I'd be happy to help, but I have a few questions...

- Just to clarify, is there a draft of the communication or is this something you need me to create?
- Is the communication to leadership separate from ECR?
- What's the context of the communication? Something along the lines of... Several updates have been made to the Wind Hail Playbook Playbook, including: REIAP Word Tracks, REIAP Infographic and Home Estimate Infographic. Please share with your teams the week of June 28?
- Who are the authors? Kathy, Tyrone, Wendy and Fire Property Claim Managers?

Thanks

---

**From:** Steve Meulemans
**Sent:** Wednesday, June 23, 2021 9:35 AM
**To:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Angela M Mitchell <angela.mmitchell.spnb@statefarm.com>
**Subject:** RE: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx

These look great!! Nice work.

---

**From:** Scott Welsh
**Sent:** Wednesday, June 23, 2021 8:06 AM
**To:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Steve Meulemans <steve.meulemans.gorz@statefarm.com>; Angela M Mitchell <angela.mmitchell.spnb@statefarm.com>
**Subject:** RE: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx

Hello Nicole,

This looks great.

I think the timing looks fine if the communication can be ready to go.

For the question on confirming the activity is occurring I think the added question to the CRT would be the most accurate way confirm the activity.

Nice work Nicole

Scott

---

**From:** Nicole Manduca

EXHIBIT 12

**Sent:** Wednesday, June 23, 2021 7:34 AM
**To:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Steve Meulemans <steve.meulemans.gorz@statefarm.com>; Angela M Mitchell <angela.mmitchell.spnb@statefarm.com>
**Subject:** FW: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx

Good morning all –

Sharing Kathy's comments below and expectation of communications being ready to distribute today in alignment with our tactical plan. Our action items today include:

1. Prepare communications (Staff & ECR) to include the updated Playbook attached below – Playbook focuses on (3) topics:

<< Message: RE: Call to Action - Estimate Reconciliation IG Play >>

- REIAP Word Tracks
- REIAP Infographic
- Home Estimate Infographic

2. Confirm specific action by leaders & timing; in the Playbook, I referenced the Week of 6/28 as the timing to discuss during huddle – do you recommend different timing? Communications prepared by POST for the (3) deliverables above are pending our 'green light' on when to send (before or after this communication plan and Playbook)

**<< File: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.PPTX >> << Message: RE: REIAP Word Track and communication >> << Message: FW: Call to Action - Estimate Reconciliation IG Play >>**

3. Monitoring activities are illustrated in the visual within the Playbook (similar to Call to Action PPT slide); the communication plan could outline those activities. What are your thoughts about adding a question to the CRT survey as Kathy suggests?

Please let me know if we need to huddle up or if we can tackle virtually via email – thank you in advance for your thoughts. Also, please let me know if any revisions are needed to the Playbook as understand you did not have an opportunity to review.

Nicole

---

**From:** Kathy Ress
**Sent:** Tuesday, June 22, 2021 8:11 PM
**To:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Cc:** Kathy Ress <kathy.ress.he8j@statefarm.com>
**Subject:** RE: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx

Nicole,

Yes, we are missing the communication plan. Please pull Scott, Steve and Angela together first thing as we don't appear to be ready to roll and we will release Wednesday per our tactical plan.

In the communication plan and playbook, we need to be specific on action by leaders (e.g. huddle and by when). How will leaders monitor we are sending the email that's prepped with the infographic as outlined in Jared's email. Does this become part of the CRT survey? What's ready for ECR vendors?

Jared has some good items to take as the email was tee'd up to send.

**Action requested**
If the customer's opt-in preference for emails is "Yes," then claim handlers should email the Home Estimate Infographic to customers along with the Customer Final Copy of the State Farm structural estimate. This information will reduce inbound calls from customers with questions about the next steps after receiving the initial building settlement. Soon, this infographic will be an automated Forms & Correspondence letter. **This email should not be sent to customers in California.**

---

**From:** Nicole Manduca
**Sent:** Tuesday, June 22, 2021 8:53 PM
**To:** Kathy Ress <kathy.ress.he8j@statefarm.com>
**Subject:** RE: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx

I was thinking a similar follow up communication to last week's (that Angela prepared), and include reference/links to the REIAP word tracks along with REIAP and Home Estimate Infographics. We can then link to the Playbook on the SharePoint that Katie created – allows us to continue to iterate the Playbooks week/month over week/month and a one-stop shop for the end user. Thoughts?

---

**From:** Kathy Ress
**Sent:** Tuesday, June 22, 2021 7:23 PM
**To:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** RE: DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx

How do we plan to communicate this?

---

**From:** Nicole Manduca
**Sent:** Tuesday, June 22, 2021 6:30 PM
**To:** Kathy Ress <kathy.ress.he8j@statefarm.com>
**Cc:** Daphne Outerbridge Louie <daphne.o.louie.gryi@statefarm.com>; Scott Welsh <scott.welsh.cx30@statefarm.com>; Steve Meulemans <steve.meulemans.gorz@statefarm.com>; Andrew Hill <andrew.hill.pwk4@statefarm.com>; Jared Starnes <jared.starnes.mm05@statefarm.com>; Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** DocumentsFire WindHail Playbook 6.22.2021 DRAFT.pptx

Please disregard previous email – attached is the updated DRAFT.