| | |
|---|---|
| **From:** | John Christensen [/O=STATEFARM/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=BE2A7A05026B4D3B9CFBE63DD5AC5697] |
| **Sent:** | 9/20/2023 9:16:39 PM |
| **To:** | Tom Moss [tom.moss.c4sg@statefarm.com] |
| **BCC:** | John Christensen [john.christensen.ghu1@statefarm.com]; Tom Moss [tom.moss.c4sg@statefarm.com] |
| **Subject:** | RE: FIM HUB and Reviews |

Low key, check in with Nicole or Zach Olson or let me help.

In essence, I want to ensure the plays that worked in the past we are doing.

---

**From:** Tom Moss <tom.moss.c4sg@statefarm.com>
**Sent:** Wednesday, September 20, 2023 4:15 PM
**To:** John Christensen <john.christensen.ghu1@statefarm.com>
**Subject:** RE: FIM HUB and Reviews

Thank you. I am very surprised by the numbers. 98% approved does not seem to be consistent with prior year findings.

Tom Moss
309 660 2105
<< OLE Object: Picture (Device Independent Bitmap) >>

FOR INTERNAL STATE FARM USE ONLY
Contains information that may not be disclosed outside State Farm without authorization

---

**From:** John Christensen <john.christensen.ghu1@statefarm.com>
**Sent:** Wednesday, September 20, 2023 5:09 PM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>
**Subject:** FW: FIM HUB and Reviews

Likely the later.

---

**From:** Tom Moss <tom.moss.c4sg@statefarm.com>
**Sent:** Wednesday, September 20, 2023 4:08 PM
**To:** John Christensen <john.christensen.ghu1@statefarm.com>; Scott Welsh <scott.welsh.cx30@statefarm.com>
**Subject:** RE: FIM HUB and Reviews

Hello John. Is the data provided based on overturn calls? Or is it based on management structured phrases and when the hail was 1" or less/wind speed 50 mph or less?

Tom Moss
309 660 2105
<< OLE Object: Picture (Device Independent Bitmap) >>

FOR INTERNAL STATE FARM USE ONLY

EXHIBIT
13

Contains information that may not be disclosed outside State Farm without authorization

---

**From:** John Christensen <john.christensen.ghu1@statefarm.com>
**Sent:** Wednesday, September 20, 2023 4:48 PM
**To:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Tom Moss <tom.moss.c4sg@statefarm.com>
**Subject:** FIM HUB and Reviews

Scott/Tom,

I need some help. I think Byron, Katie, and David could benefit from some help on how we act immediately to improve our accuracy on wind/hail and the TM role. I asked for this from Zach Olson to refresh this report through August to aggregate the TM approvals by State.

<< File: NEW_2023_TM_APPROVALS_YTD.xlsx >>

- We need CMs, Consultants, SM reviewing these reviews to ensure the front line leader is appropriately following the process on overturn reviews.
- We need to get very precise on when the coverage finding reinspection worksheet goes to the SM and TM.
- I am going to ask the quality pillar to execute on what has worked in the past.

We need to go back to what worked in the past to quickly make an impact.

JC