| | |
|---|---|
| **From:** | Kimberly Rose [/O=STATEFARM/OU=EAST/CN=RECIPIENTS/CN=NV8V] |
| **Sent:** | 10/10/2023 2:56:56 PM |
| **To:** | Jordan Coad [jordan.coad.p3dv@statefarm.com]; Nicole Manduca [nicole.manduca.lok2@statefarm.com]; Scott Welsh [scott.welsh.cx30@statefarm.com] |
| **CC:** | Bruce Aldrich [bruce.aldrich.coxm@statefarm.com]; Phani Aytam [phani.aytam.qik2@statefarm.com]; John Christensen [john.christensen.ghu1@statefarm.com]; Wendy Hopping [wendy.hopping.cw2l@statefarm.com]; Heather Burns [heather.burns.mbgy@statefarm.com]; HOME CLMS-CA-EXEC-FIRE-RPT [home.clms-ca-exec-fire-rpt.243o28@statefarm.com] |
| **BCC:** | Kimberly Rose [kimberly.rose.nv8v@statefarm.com]; Jordan Coad [jordan.coad.p3dv@statefarm.com]; Nicole Manduca [nicole.manduca.lok2@statefarm.com]; Scott Welsh [scott.welsh.cx30@statefarm.com]; Bruce Aldrich [bruce.aldrich.coxm@statefarm.com]; Phani Aytam [phani.aytam.qik2@statefarm.com]; John Christensen [john.christensen.ghu1@statefarm.com] |
| **Subject:** | 10/9/2023 Meeting Recap - Quality Slide Decks |
| **Attachments:** | Fix Profit Task Force Quality Claim Handling Draft.pptx; DRAFT Quality Early Monitoring Plan September 2023 Data FULL DECK_ 10.9 (002) - Read-Only.pptx |

Good morning!

Thank you for providing input to simplify the suite of Quality Slide Decks to align them with your current needs during our call yesterday. We accomplished a lot in a small amount of time.
As we wait for our Business Partners to provide data we need to finalize the decks (Reinspection Results and Financial data, Performance Teams NTHO PPTs), we have made the preliminary changes and attached draft versions below for any input.

HIGHLEVEL OVERVIEW:

- October will have 2 slide decks rather than the 5 we collectively created last month.
- The Quality Early Monitoring Plan Slide Deck was condensed from 21 slides to 8.
- The Sizing and Scoping has been deck paused for now.
- The “Simplified Deck”, “Keating Quality Deck” and Average Estimate Value Deck were consolidated into one new deck named ”Fix Profit Task Force Deck” that will serve several meetings by adding and deleting slides as needed.

**ACTION:**
We have listed the changes made to the slide decks below. If this is not what you recall or if there are any additional changes needed, please let us know by noon, Thursday, October 12th.

1. **Quality Early Monitoring Plan Slide Deck**

Kept 8/Deleted 13 slides.
Slide 1-2 Kept – NTHO Severity Slides with Mark Holcomb's comments in the notes.
Slide 3:

- Took off Execution level control section.
- Changed Target to Selection
- One line per Finding Frequency.
- Take off dash line but kept %s.
- Removed selection % where applicable.
- Take key strategies and match Fix Profit Task Force.

EXHIBIT
15

Slide 4: Keep. Removed glide path and baseline on graph.
Slide 5: Keep. Changed footer to advise which states are reflected in months.
Slide 6: Keep. Same modifications as slide 3. In the note section, added the % of Overturned calls to total Roof.
Slide 7 and 8: Kept. Added baseline to title for clarity. UPDATED WITH SEPTEMBER DATA

2. **Sizing and Scoping Slide Deck** - Pausing

3. **Simplified Slide Deck** – will combine with other decks to create the Fix Profit Task Force Slide Deck.

4. **Keating Quality Slide Deck** - will combine with other decks to create the Fix Profit Task Force Slide Deck.

5. **Average Estimate Value Deck** - will combine with other decks to create the Fix Profit Task Force Slide Deck.

**Fix Profit Task Force Slide Desk (NEW)**

- Moving 5 of 6 slides from the Simplified Slide Deck
- Moving 3 of 3 slides from the Keating Quality Slide Deck (Eventually replacing the first slide with a new
- Moving 3 of 3 slides from the Average Estimate Value deck.
- Slide 1: Placeholder for new slide focusing on opportunity - Estimatics opportunities – OSS will Partner
- Slide 2-3 unchanged from Keating Quality Slide Deck
- Slide 4-6 Quality Leads summaries. **When updated, Scott advised that any reference to "targets" need replaced with "selections".**
- Slide 7-8 NTHO Monitoring and Attribution Summary
- Slide 9-14 Appendix: NTHO Severity Monitoring and Average Estimate Value - UPDATED WITH SEPTEMBER DATA