**From:** John Christensen [/O=STATEFARM/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=BE2A7A05026B4D3B9CFBE63DD5AC5697]
**Sent:** 8/29/2023 1:24:47 PM
**To:** Nicole Manduca [nicole.manduca.lok2@statefarm.com]; Jordan Coad [jordan.coad.p3dv@statefarm.com]; Tyrone Smith [tyrone.smith.a57w@statefarm.com]
**Subject:** RE: Draft Quality Opportunity Sizing - 30 Day T Minus
**Attachments:** image001.png; image002.jpg

You guys are aces! This t-minus is perfect, and we should execute to it.

I would like the longer plan/visual so we can start to build out. I'll share this with Scott and see if he has any feedback. I may then ask you to work with Beth Enchinton to carry forward the remainder of the year.

I am all in to have check points to push our teams for accountability across all perils.

**From:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Sent:** Tuesday, August 29, 2023 8:22 AM
**To:** John Christensen <john.christensen.ghu1@statefarm.com>; Jordan Coad <jordan.coad.p3dv@statefarm.com>; Tyrone Smith <tyrone.smith.a57w@statefarm.com>
**Subject:** Re: Draft Quality Opportunity Sizing - 30 Day T Minus

Hi JC -

I think I'm tracking and that is on me with how the timeline is currently reflected - Jordan previously had the Monthly Quality meeting prep dates included (meeting with Wensley), but I asked him to separate so we would have standalone T-Minus for those meeting as the dates change every month for the Wensley meeting. The Profit Task Force meetings are not anything we've typically been involved in, at least I don't think so.

Nic

Get Outlook for iOS

**From:** John Christensen <john.christensen.ghu1@statefarm.com>
**Sent:** Tuesday, August 29, 2023 6:16:18 AM
**To:** Jordan Coad <jordan.coad.p3dv@statefarm.com>; Tyrone Smith <tyrone.smith.a57w@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** RE: Draft Quality Opportunity Sizing - 30 Day T Minus

Thank you to both of you. I would also like us to consider how we plot/integrate the fix profit task force dates as well (I am not sure I even have those on my calendar yet).

Scott Welsh reached out yesterday to help/inquire about setting up a meeting cadence and periodic check ins. I indicated we were developing a draft plan to do just that.

Tyrone, we can catch up on this now that you are back. If you all are OK with it, I would like to get Consulting Services' feedback, plot the task force dates, and build the meeting plan beyond this next quality meeting.

I love this four week approach. Just want to plot it out a bit further and set a regular meeting cadence. Thoughts?

**From:** Jordan Coad <jordan.coad.p3dv@statefarm.com>
**Sent:** Monday, August 28, 2023 8:23 PM

EXHIBIT
16

**To:** John Christensen <john.christensen.ghu1@statefarm.com>; Tyrone Smith <tyrone.smith.a57w@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** I: Draft Quality Opportunity Sizing - 30 Day T Minus

Hey JC and Tyrone –

As a follow up to our discussion last week – we tried to take a run at a T-Minus plan for the Quality Opportunity Sizing work being completed by each CM Peril Lead. In short, we hope the Quality Pillar CM crew can use this as a NorthStar to keep us on track as we work through this the next 4 weeks. This is also builds in a set framework with two built-in checkpoints along the way – and bite sizes the work into four (4) phases.

Please let us know if any questions or feedback. If no questions or feedback – Nicole and I can share with our peers and we will use as a roadmap. We then will have our first checkpoint next week on progress. Thanks!

StateFarm™

## Quality Pillar – Peril Opportunity Sizing and Review Framework - 30 Day T-Minus

**Objective**

In August the Quality Pillar was refreshed to align CMs to specific perils. As part of this, each CM pillar was also asked to assess and size opportunities for the respective peril in partnership with P&C and Data Analytics. The below seeks to organize and outline the review timing, objectives, and defined outcomes for this Opportunity Sizing.

| Phase I – Assessment and Understanding – What are we doing now for the peril? | Target | Status |
|---|---|---|
| • Each Quality Peril CM will review the current content being provided for Monthly Executive Quality Meetings. This material was previously attached within the 8/23 email from VPO Christensen. As we begin this Opportunity Sizing, each CM should seek to understand the metrics being reported out at Executive level. Additionally, each CM should review the Peril PPT forwarded from Data Analytics on 8/24. This also helps lay the foundation for the Opportunity Sizing each peril will need to complete.<br>• Also included within the 8/23 email from VPO Christensen were specific *action items* for each CM pillar lead. So at this juncture we are also asking CMs to form initial thoughts and a clear way forward/next steps as you follow up on these specific *action items.*<br>• For example – one action item for Water was the Market Area communication on PSP. So what is our specific next step on this and by who and by when? | 8/31/2023 | On-Track |

| Phase II – Opportunity Sizing – Are we focused on the right areas with current tactics? | Target | Status |
|---|---|---|

| | | |
|---|---|---|
| • So after completing the review in **Phase I** – CMs should have understanding of the current Quality material(s) above. So based on review, are we pursuing the right opportunities based on size/scale? Do we need to pivot our tactics? CM should also review the Glidepaths on the Peril PPT forwarded from Data Analytics on 8/24.<br>• At this stage you should also continue to progress your way forward on *action items* from 8/23 email from VPO Christensen (if not already being captured in bullet above).<br>• Using an example from our kick-off call – this is the Phase where something like XM audit rule may be identified as potential tool/technology to impact gaps for PNT.<br>• After this Phase – we will do a checkpoint with the full group to confirm completion and progress from **Phase I and Phase II** above (date/time below in yellow highlight). | 9/8/2023 | On-Track |
| **Check Point # 1 – Call with Quality Pillar and VPO Sponsor – 9/8 (12:30 pm CST)** | | |
| **Phase III – Taking Opportunity Sizing to → Solutions – What are we going to do?** | **Target** | **Status** |
| • So at this Phase each CM now knows what we are doing currently (Phase I). CM will have also completed Opportunity Sizing (Phase II). So now, what is our plan and which tactics will we use to address the peril opportunity we have sized?<br>• Each CM Pillar should begin forming solutions on the identified opportunity and finalizing the Glidepaths working with Data Analytics. This juncture is also pulling together the final outcomes on *action items* from the 8/23 email from VPO Christensen.<br>• Staying with the XM audit rule example from **Phase II** above – an action in this Phase may be clearly outlining how the XM audit rule will used – point forward by our leaders.<br>• After this Phase – we are going to do another full checkpoint with the group to check status (date/time below in yellow highlight). | 9/19/2023 | On-Track |
| **Check Point # 2 – Call with Quality Pillar and VPO Sponsor – 9/19 (12:30 pm CST)** | | |
| **Phase IV – Finalizing Material (Prior to September Executive Quality Meeting)** | **Target** | **Status** |
| • At this juncture – each CM/Peril has completed their Opportunity Sizing assessment and framed final recommendations on the Opportunities for the peril.<br>• CMs will have also progressed the *action items* from VPO Christensen's 8/23 email to the point of conclusion and/or progressed forward enough to have substantive update.<br>• CM will have also met with Data Analytics to finalize visuals for each peril.<br>• Quality Pillar CMs will work with VPOs for peril specific scrimmages in this final Phase. | 9/25/2023 | On-Track |

**Jordan J. Coad, CPCU®, CLU®**
Claims Manager – P&C Claims

State Farm Insurance Companies

100 YEARS