**From:** HOME CLMS-CCGDEMAND [/O=STATEFARM/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=5B66771ABB8141BCAADDA75FDC0041CB]
**Sent:** 4/22/2020 9:20:21 PM
**To:** Undisclosed recipients:
**BCC:** Tony Duddleston [tony.duddleston.gq2c@statefarm.com]; Sandra Hughes [sandra.hughes.czgs@statefarm.com]; Brad Beach [brad.beach.h7yk@statefarm.com]; Robin Fontenot [robin.fontenot.bg7p@statefarm.com]; Rachael McAllister [rachael.mcallister.k6rr@statefarm.com]; HOME CLMS-CCGDEMAND [home.clms-ccgdemand.312o08@statefarm.com]; Christopher Long [christopher.long.styk@statefarm.com]; Nathaniel Douglass [nathaniel.douglass.mj3v@statefarm.com]; Kathleen Richardson [kathleen.richardson.ehn5@statefarm.com]; greg meir [greg.mier.bgvi@statefarm.com]; Ethan Vanderlugt [ethan.vanderlugt.csa9@statefarm.com]; gail quinn [gail.faucheaux.bhy1@statefarm.com]; Nicole Forziati [nicole.forziati.gvec@statefarm.com]; Matt Paul [matt.paul.g24x@statefarm.com]; Leonard L Kaigler [leonard.l.kaigler.cimt@statefarm.com]; mark cockerham [mark.cockerham.inpr@statefarm.com]; Doug Graff [doug.graff.gtnl@statefarm.com]; stephanie henderson [brad.parker.bkqi@statefarm.com]; Rob Tierney [rob.tierney.heps@statefarm.com]; Doug Cook [doug.cook.gdty@statefarm.com]; Valeria Brown [valeria.brown.u4nn@statefarm.com]; Steve Crow [steve.crow.b3lx@statefarm.com]; Mark Bussan [mark.bussan.pkg8@statefarm.com]; Fred Cheek [fred.cheek.b3gx@statefarm.com]; Steven Hickey [steven.hickey.nzw1@statefarm.com]; Phil Ford [phil.ford.bb74@statefarm.com]; nathan pattison [nathan.pattison.smvm@statefarm.com]; margarete winland [margarete.winland.bkir@statefarm.com]; Melissa Grimmett [melissa.grimmett.ghi1@statefarm.com]; Eric Simpson [eric.simpson.fbbh@statefarm.com]; David B Cook [david.b.cook.czi5@statefarm.com]; Michell Dallal [michell.dallal.b3id@statefarm.com]; Michael Carter [michael.carter.hf72@statefarm.com]; Melissa Christie Morales [melissa.christiemorales.grhx@statefarm.com]; Michele Russo [michele.russo.ckw2@statefarm.com]; Michael Pellegrini [michael.pellegrini.pcpm@statefarm.com]; Bob Stockton [bob.stockton.b3hr@statefarm.com]; Ronny Bryant [ronny.bryant.bst3@statefarm.com]; Floyd Morris [floyd.morris.b3gp@statefarm.com]; x02john brobston [john.brobston.bugq@statefarm.com]; Terry Cavnar [terry.cavnar.b3ha@statefarm.com]; Gary Vogel [gary.vogel.b3ly@statefarm.com]; Rebecca Carville [rebecca.carville.qku5@statefarm.com]; Jeff Mercado [jeff.mercado.nokb@statefarm.com]; Robert Long [robert.long.bt9r@statefarm.com]; Rand Harbert [rand.harbert.hey8@statefarm.com]; Schuyler Schupbach [schuyler.schupbach.i0hs@statefarm.com]; paul baxter [paul.baxter.js84@statefarm.com]; Nicki Millan [nicki.millan.c4m3@statefarm.com]; Susan Maynard [susan.maynard.bh2m@statefarm.com]; Kristi Reed [kristi.rudin.p5jn@statefarm.com]; Kortni Hudson [kortni.hudson.p9rv@statefarm.com]; Don Carpenter [don.carpenter-jr.b3g8@statefarm.com]; Taylor Van Loon [taylor.vanloon.ufi8@statefarm.com]; Duane Cory [duane.cory.b3mk@statefarm.com]; Jim Moratto [jim.moratto.gpad@statefarm.com]; David Caparelli [david.caparelli.ckvq@statefarm.com]; Dennis R Chaumont [dennis.r.chaumont.b3fo@statefarm.com]; Jackson Moore [jackson.moore.uumq@statefarm.com]; Greg S McIlvoy [greg.s.mcilvoy.b3kw@statefarm.com]; reggie gallant [reggie.gallant.gz8g@statefarm.com]; sue murray [sue.murray.ap2v@statefarm.com]; Don Creel [don.creel.b3gy@statefarm.com]; Wensley J Herbert [wensley.j.herbert.c18b@statefarm.com]; Douglas Prather [douglas.prather.iw60@statefarm.com]; Dara Powell [dara.powell.ljre@statefarm.com]; Robert Moore [robert.moore.kevg@statefarm.com]; Paul Ehrhard [paul.ehrhard.bohv@statefarm.com]; john raub [john.raube.gznj@statefarm.com]; Philip Hebel [philip.hebel.ur37@statefarm.com]; Robin Wood [robin.wood.jpmu@statefarm.com]; Greg Cassidy [greg.cassidy.cfaz@statefarm.com]; Scott Welsh [scott.welsh.cx30@statefarm.com]; Clarence Zitterkob [clarence.zitterkob.b3kd@statefarm.com]; John Macmillan [john.macmillan.go8n@statefarm.com]; Ed Mondragon [ed.mondragon.goxs@statefarm.com]; dany myers [danylle.myers.yy9d@statefarm.com]; Clarence Hughes [clarence.hughes.myi5@statefarm.com]; Angela Null [angela.null.ga2z@statefarm.com]; Bob Mitchell [bob.mitchell.lght@statefarm.com]; kimberly white [kimberly.white.ccve@statefarm.com]; statefarm comjennifer.hall [jennifer.hall.br3n@statefarm.com]; harris ecinomou [harris.economou.bjsk@statefarm.com]; Greg Brown [greg.brown.b2yg@statefarm.com]; Lindsey Webb [lindsey.webb.i9g7@statefarm.com]; Paula Bush [paula.bush.b3jq@statefarm.com]; Ralph Compton [ralph.compton.b3i7@statefarm.com]; Kami Hill [kami.johnson.yw0n@statefarm.com]; jerry black [jerry.black.b3mq@statefarm.com]; Matthew Parola [matthew.parola.nzjn@statefarm.com]; Jim Evans [jim.evans.b3iq@statefarm.com]; gray griffith [gary.griffith.b3jh@statefarm.com]; Bryan Leonard [bryan.leonard.dp7y@statefarm.com]; Daphne Outerbridge Louie [daphne.o.louie.gryi@statefarm.com]; Lee McFarland [lee.mcfarland.uuo8@statefarm.com]; Jacqueline C Nivet [jacqueline.c.nivet.glhy@statefarm.com]; Jeff Sasser [jeff.sasser.gccu@statefarm.com]; Nancy Kurtenbach [nancy.kurtenbach.l6nv@statefarm.com]; stephanie mollica [stephanie.mollica.ch3s@statefarm.com]; tiara tucker [tiara.tucker.spav@statefarm.com]; Jamie Beadle [jamie.beadle.gkgg@statefarm.com]; shyama n.terry [shyama.n.terry.bqbj@statefarm.com]; Kent Gering [kent.gering.b3ks@statefarm.com]; John Christensen [john.christensen.ghu1@statefarm.com]; Travis Hansen [travis.hansen.f868@statefarm.com]; Jim Foxhall

EXHIBIT
24

[jim.foxhall.bhhx@statefarm.com]; Heather Nawolski [heather.nawolski.hcu5@statefarm.com]; jason billington [jason.billington.rp92@statefarm.com]; heather young [heather.ladd.iya7@statefarm.com]; Ami Kuhlman [ami.kuhlman.pcck@statefarm.com]; Robert Franks [robert.franks.rta4@statefarm.com]; Monique James [monique.james.gtgq@statefarm.com]; john adams [john.adams.b2w9@statefarm.com]; Annette Sanders [annette.sanders.ccr2@statefarm.com]; www bill.wells [bill.wells.bvgr@statefarm.com]; Trent Dellinger [trent.dellinger.c1sc@statefarm.com]; Gary Baumwart [gary.baumwart.b3kk@statefarm.com]; rubin pinto [ruben.pinto.p30o@statefarm.com]; Rob Parent [rob.parent.hdoo@statefarm.com]; Lewis Eady [lewis.eady.b2yo@statefarm.com]; Melissa Nurczyk [melissa.kern.gu0f@statefarm.com]; Todd Hoyt [todd.hoyt.gsf6@statefarm.com]; Kristyn Cook [kristyn.cook-turner.itm0@statefarm.com]; Wendy Mazza [wendy.mazza.c9s2@statefarm.com]; Ann Bandy [ann.bandy.b3g2@statefarm.com]; Tom Moss [tom.moss.c4sg@statefarm.com]; Kathy Broussard [kathy.broussard.brly@statefarm.com]; Nicole L Smith [nicole.l.smith.ggnk@statefarm.com]; David Leathery [david.leathery.gygo@statefarm.com]; Kelly Sell [kelly.sell.c1ve@statefarm.com]; Megan Perganson [megan.perganson.mkf8@statefarm.com]; toni jenkins [toni.jenkins.cexq@statefarm.com]; Odessa Scott [odessa.scott.knq0@statefarm.com]; Jill Kelly [jill.kelly.bq89@statefarm.com]; Leigh Cripe [leigh.cripe.ll7u@statefarm.com]; Diane Roberson [diane.roberson.gw6y@statefarm.com]; Wayne Stewart [wayne.stewart.bhz1@statefarm.com]; Michael Arnold [michael.arnold.bjhs@statefarm.com]; robert yi [robert.yi.caqa@statefarm.com]; Janelle L Pughsley [janelle.l.pughsley.gay4@statefarm.com]; Cathy Warren [cathy.warren.b3g4@statefarm.com]; Doug Williams [doug.williams.c2ot@statefarm.com]; Blackie Gibson [blackie.gibson.b3h8@statefarm.com]; Brianna Lay [brianna.siscoe.wocd@statefarm.com]; Victoria Jankowski [victoria.jankowski.gsfq@statefarm.com]; Adrianne Eddins [adrianne.eddins.gc79@statefarm.com]; Kelly Evans [kelly.evans.stdz@statefarm.com]; kevin petereson [kevin.peterson.bcxv@statefarm.com]; Steve Meulemans [steve.meulemans.gorz@statefarm.com]; Brian Beers [brian.beers.gg9t@statefarm.com]; renee langdon [renee.langdon.hx9w@statefarm.com]; Cheryl Schaefer [cheryl.schaefer.lrkt@statefarm.com]; Allison Cooper [allison.cooper.hfqb@statefarm.com]; dan kinney [dan.kinney.bi0e@statefarm.com]; Michele Bennington [michele.bennington.bo8i@statefarm.com]; Gregory E Jones [gregory.e.jones.gzwh@statefarm.com]; vince watson [vince.watson.c12x@statefarm.com]; Victor Terry [victor.terry.hdp2@statefarm.com]; tom sullivent [tom.sullivent.b3lg@statefarm.com]; Jaclyn Byers [jaclyn.byers.qwau@statefarm.com]; Brianne Jones [brianne.jones.siut@statefarm.com]; Michael T Keating [michael.t.keating.ggrp@statefarm.com]; Kate Sylvester [kate.sylvester.r1n9@statefarm.com]; Brad Rushton [brad.rushton.b92n@statefarm.com]; Joshua Branum [joshua.branum.kg74@statefarm.com]; Carmelo Alvarez [carmelo.alvarez.czer@statefarm.com]; Bill Leming [bill.leming.b3h0@statefarm.com]; Chris Schell [chris.schell.gxn0@statefarm.com]; Walter Phillips [walter.phillips.gg6l@statefarm.com]; tia lindell [eileen.flynn.bsfx@statefarm.com]; Jason Matzke [jason.matzke.povz@statefarm.com]; Tyrone Smith [tyrone.smith.a57w@statefarm.com]; Chris Evans [chris.evans.ca1b@statefarm.com]; Amy Chacon [amy.chacon.p4cj@statefarm.com]; karl brondell [karl.m.brondell.a1fw@statefarm.com]; jon giddings [jon.giddings.b2mp@statefarm.com]; Travis Paul [travis.paul.drku@statefarm.com]; tom stidham [tom.stidham.b3if@statefarm.com]; jeremy duley [jeremy.duley.pnp1@statefarm.com]; Keith Androff [keith.androff.a9m6@statefarm.com]; Jannis Taylor [jan.nichols.t63x@statefarm.com]; Fran Corrales-Drone [fran.corrales-drone.cuwc@statefarm.com]; Dan Riddle [dan.riddle.u8bq@statefarm.com]; maryb mooney [mary.b.mooney.cwx8@statefarm.com]; Larry Strauss [larry.strauss.b3kl@statefarm.com]; Jerel Wright [jerel.wright.b3jk@statefarm.com]; mel braden [mel.braden.b3le@statefarm.com]; Buddy McCarty [buddy.mccarty.b3mu@statefarm.com]; Tina Richardson [tina.richardson.qlgr@statefarm.com]; Steve Bennett [steve.bennett.clcj@statefarm.com]; Robert E Owens [robert.e.owens.bmdv@statefarm.com]; Beverly Taylor [beverly.taylor.b3kn@statefarm.com]; Kevin Roman [kevin.roman.c9iu@statefarm.com]; uliann richter [juliann.klokkenga.bte8@statefarm.com]; jeff shay [jeff.shay.a68x@statefarm.com]; Paul Smith [paul.smith.chtb@statefarm.com]; brent wroten [brent.wroten.band@statefarm.com]; Michael Lennon [michael.lennon.cql8@statefarm.com]; ohn burns [john.burns.g38r@statefarm.com]; Carol Waldron [carol.waldron.bip0@statefarm.com]; Albert Cortez [albert.cortez.jr1o@statefarm.com]; Linda Harper [linda.harper.bjdl@statefarm.com]; jim doyle [jim.doyle.kxed@statefarm.com]; Lisa Sommer [lisa.sommer.l5si@statefarm.com]; Arvid Bean [arvid.bean.b2zs@statefarm.com]; Kathy Ress [kathy.ress.he8j@statefarm.com]; peter strahlendorf [peter.strahlendorf.sm31@statefarm.com]; Melanie Holtan [melanie.holtan.g7bh@statefarm.com]; Robert Mayrose [robert.mayrose.gnut@statefarm.com]; Mary Kaye Bennett [mary.k.bennett.gryj@statefarm.com]; Brad Thomas [brad.thomas.b2uj@statefarm.com]; erin miller [erin.miller.sx61@statefarm.com]; Tom Wells [tom.wells.gc2h@statefarm.com]; David Grissett [david.grissett.b27v@statefarm.com]; Daphine Willingham [daphine.willingham.ldg6@statefarm.com]; Michael T Payne [michael.t.payne.clsn@statefarm.com]; Kristal King [kristal.king.ch2o@statefarm.com]; clarence holley [clarence.holley.sh9o@statefarm.com]; Bill Roundtree [bill.roundtree.g0ss@statefarm.com]; Catrena Smith [catrena.smith.sdgu@statefarm.com]; Patrick Miller [patrick.miller.hoz1@statefarm.com]; Bill McComb

[bill.mccomb.b3h6@statefarm.com]; Kimberly Sterling [kimberly.sterling.gdpd@statefarm.com]; natalie taddeucci [natalie.mccuen.fsea@statefarm.com]; Mike Muecke [mike.muecke.b3g9@statefarm.com]; Deanna Glover [deanna.glover.a79a@statefarm.com]; Lori Herrling [lori.herrling.gr0m@statefarm.com]; spencer baker [spencer.baker.lpky@statefarm.com]; Joey Reina [joey.reina.ccl5@statefarm.com]; Dick Coates [dick.coates.b3ji@statefarm.com]; randy bittle [randy.bittle.b2wl@statefarm.com]; Sheryl Mandeville [sheryl.mandeville.bz5c@statefarm.com]; Brian Maxwell [brian.maxwell.cz61@statefarm.com]; Bertha Cochran [bertha.cochran.pi6q@statefarm.com]; Kati Faletti [kati.faletti.cg3r@statefarm.com]; Nicole Purdue [nicole.purdue.spnn@statefarm.com]; melissa sebesta [melissa.sebesta.fh7o@statefarm.com]; Jimmy Hillis [jimmy.hillis.b3jb@statefarm.com]; phillip hawkins [phillip.hawkins.ctjl@statefarm.com]; Terry Brown [terry.brown.b3ih@statefarm.com]; Jonna Robinson [jonna.robinson.i8vi@statefarm.com]; Kevin Wishard [kevin.wishard.h1ye@statefarm.com]; Josh Monk [josh.monk.pxeg@statefarm.com]; jonathon edmonson [jonathan.edmonson.j30a@statefarm.com]; scott holt [scott.a.holt.cess@statefarm.com]; Christine Rodriguez [christine.rodriguez.izco@statefarm.com]; sackelly bever [kelly.bever.a7xs@statefarm.com]; Aaron Thomas [aaron.thomas.snwv@statefarm.com]; Robert Vardeman [robert.vardeman.b3ib@statefarm.com]; sandra.hughes.czgs@statefarm.com; robin.fontenot.bg7p@statefarm.com; rachael.mcallister.k6rr@statefarm.com; christopher.long.styk@statefarm.com; nathaniel.douglass.mj3v@statefarm.com; ethan.vanderlugt.csa9@statefarm.com; nicole.forziati.gvec@statefarm.com; leonard.l.kaigler.cimt@statefarm.com; doug.graff.gtnl@statefarm.com; rob.tierney.heps@statefarm.com; fred.cheek.b3gx@statefarm.com; melissa.grimmett.ghi1@statefarm.com; david.b.cook.czi5@statefarm.com; michell.dallal.b3id@statefarm.com; michael.carter.hf72@statefarm.com; melissa.christiemorales.grhx@statefarm.com; michele.russo.ckw2@statefarm.com; michael.pellegrini.pcpm@statefarm.com; ronny.bryant.bst3@statefarm.com; floyd.morris.b3gp@statefarm.com; gary.vogel.b3ly@statefarm.com; jeff.mercado.nokb@statefarm.com; robert.long.bt9r@statefarm.com; rand.harbert.hey8@statefarm.com; schuyler.schupbach.i0hs@statefarm.com; nicki.millan.c4m3@statefarm.com; susan.maynard.bh2m@statefarm.com; kortni.hudson.p9rv@statefarm.com; taylor.vanloon.ufi8@statefarm.com; duane.cory.b3mk@statefarm.com; david.caparelli.ckvq@statefarm.com; dennis.r.chaumont.b3fo@statefarm.com; greg.s.mcilvoy.b3kw@statefarm.com; don.creel.b3gy@statefarm.com; wensley.j.herbert.c18b@statefarm.com; douglas.prather.iw60@statefarm.com; robert.moore.kevg@statefarm.com; paul.ehrhard.bohv@statefarm.com; philip.hebel.ur37@statefarm.com; robin.wood.jpmu@statefarm.com; scott.welsh.cx30@statefarm.com; clarence.zitterkob.b3kd@statefarm.com; john.macmillan.go8n@statefarm.com; angela.null.ga2z@statefarm.com; bob.mitchell.lght@statefarm.com; greg.brown.b2yg@statefarm.com; lindsey.webb.i9g7@statefarm.com; paula.bush.b3jq@statefarm.com; matthew.parola.nzjn@statefarm.com; jim.evans.b3iq@statefarm.com; bryan.leonard.dp7y@statefarm.com; daphne.o.louie.gryi@statefarm.com; jamie.beadle.gkgg@statefarm.com; john.christensen.ghu1@statefarm.com; heather.nawolski.hcu5@statefarm.com; ami.kuhlman.pcck@statefarm.com; monique.james.gtgq@statefarm.com; annette.sanders.ccr2@statefarm.com; trent.dellinger.c1sc@statefarm.com; gary.baumwart.b3kk@statefarm.com; rob.parent.hdoo@statefarm.com; melissa.kern.gu0f@statefarm.com; wendy.mazza.c9s2@statefarm.com; ann.bandy.b3g2@statefarm.com; tom.moss.c4sg@statefarm.com; kathy.broussard.brly@statefarm.com; nicole.l.smith.ggnk@statefarm.com; david.leathery.gygo@statefarm.com; kelly.sell.c1ve@statefarm.com; megan.perganson.mkf8@statefarm.com; jill.kelly.bq89@statefarm.com; leigh.cripe.ll7u@statefarm.com; diane.roberson.gw6y@statefarm.com; wayne.stewart.bhz1@statefarm.com; michael.arnold.bjhs@statefarm.com; janelle.l.pughsley.gay4@statefarm.com; blackie.gibson.b3h8@statefarm.com; victoria.jankowski.gsfq@statefarm.com; adrianne.eddins.gc79@statefarm.com; kelly.evans.stdz@statefarm.com; steve.meulemans.gorz@statefarm.com; brian.beers.gg9t@statefarm.com; cheryl.schaefer.lrkt@statefarm.com; allison.cooper.hfqb@statefarm.com; michele.bennington.bo8i@statefarm.com; gregory.e.jones.gzwh@statefarm.com; jaclyn.byers.qwau@statefarm.com; brianne.jones.siut@statefarm.com; michael.t.keating.ggrp@statefarm.com; brad.rushton.b92n@statefarm.com; carmelo.alvarez.czer@statefarm.com; chris.schell.gxn0@statefarm.com; walter.phillips.gg6l@statefarm.com; jason.matzke.povz@statefarm.com; tyrone.smith.a57w@statefarm.com; chris.evans.ca1b@statefarm.com; keith.androff.a9m6@statefarm.com; jan.nichols.t63x@statefarm.com; fran.corrales-drone.cuwc@statefarm.com; dan.riddle.u8bq@statefarm.com; larry.strauss.b3kl@statefarm.com; jerel.wright.b3jk@statefarm.com; steve.bennett.clcj@statefarm.com; robert.e.owens.bmdv@statefarm.com; beverly.taylor.b3kn@statefarm.com; kevin.roman.c9iu@statefarm.com; paul.smith.chtb@statefarm.com; carol.waldron.bip0@statefarm.com; albert.cortez.jr1o@statefarm.com; linda.harper.bjdl@statefarm.com; lisa.sommer.l5si@statefarm.com; arvid.bean.b2zs@statefarm.com; melanie.holtan.g7bh@statefarm.com; robert.mayrose.gnut@statefarm.com; mary.k.bennett.gryj@statefarm.com; brad.thomas.b2uj@statefarm.com; david.grissett.b27v@statefarm.com; daphine.willingham.ldg6@statefarm.com; michael.t.payne.clsn@statefarm.com; kristal.king.ch2o@statefarm.com; bill.roundtree.g0ss@statefarm.com; patrick.miller.hoz1@statefarm.com; kimberly.sterling.gdpd@statefarm.com; deanna.glover.a79a@statefarm.com; lori.herrling.gr0m@statefarm.com; joey.reina.ccl5@statefarm.com; sheryl.mandeville.bz5c@statefarm.com;

brian.maxwell.cz61@statefarm.com; bertha.cochran.pi6q@statefarm.com; kati.faletti.cg3r@statefarm.com; nicole.purdue.spnn@statefarm.com; jimmy.hillis.b3jb@statefarm.com; jonna.robinson.i8vi@statefarm.com; josh.monk.pxeg@statefarm.com; christine.rodriguez.izco@statefarm.com; aaron.thomas.snwv@statefarm.com

**Subject:** Notice of Agency Conference Call – Oklahoma

April 22, 2020

Subject: Notice of Agency Conference Call – Oklahoma

To: Oklahoma Agents

From: Ami Kuhlman, Sales Leader – South Central Market Area
Vince Watson, Demand Coordinator – Central Coordination Group

**What you should know**

An Agency Conference Call has been set up to discuss the severe weather and damaging hail that impacted Oklahoma on April 21-22, 2020 and resulted in the declaration of auto and fire catastrophe claim groups.

**Action requested**

Please plan to attend an Agency Conference Call via Skype Meeting:
ADD TO YOUR CALENDAR – Agency Conference Call – Thursday, April 23, 2020 at 2:00 p.m. Central Time (CT).

**Add the appointment to your calendar by clicking the aforementioned link. The calendar invite includes a link to the online meeting, as well as dial-in information.**

**Additional details**

- Agents, sales leaders, agency administration leaders, and agency field specialist managers in impacted areas are encouraged to attend this meeting.
- Demand Coordination and various subject matter experts will provide an update to the response regarding Auto Catastrophe Claim Group 72 and Fire Catastrophe Claim Group HP in Oklahoma.
- The call will take place on April 23, 2020 at 2:00 p.m. CT.
- To join the audio portion of the Online Meeting using Skype, select the "Use Skype" option, or you can dial in and enter the conference ID number.
  - 855-633-0176
  - Conference ID: 76662461

*Joining Audio*

- The preferred method for listening to the call is to use the audio within the Skype Online Meeting.
  - When joining the meeting online using the Skype option, please verify your line is muted by checking your microphone icon. When prompted, you can toggle between mute and unmute by clicking the microphone icon.
- When dialing in to join the audio portion of the meeting, please remember to mute and unmute your device by hitting *6. There may be a 10-15 second delay.
  - Please do not place the call on hold while connected to the meeting.
- Please **do not** join the audio via Skype and **also** dial in via the above phone number and conference ID. Use only one or the other.

**If you have questions**

Please contact your sales leader.

C: Rand Harbert; Kristyn Cook-Turner; Chris Schell; Paul Smith; South Central Market Area Executive Team; Robert Yi; John Burns; Wensley J Herbert; Michele Russo; Operations Vice Presidents – P&C Claims; John Christensen; Wendy Mazza; Kathy Ress; Tyrone Smith; Vice Presidents Operations – P&C Claims; South Central Market Area Agency Administration Leaders; Assistant Vice President – P&C Claims; P&C Claims Directors; Claim Consultants; John MacMillan; Oklahoma Sales Leaders; South Central Market Area Agency Field Specialist Function Managers; South Central Market Area Agency Field Specialist – Managers; Taylor Van Loon; Lisa Sommer; Central Coordination Group; South Central Market Area Communication Specialists

FOR INTERNAL STATE FARM USE ONLY
Contains information that may not be disclosed outside State Farm without authorization.