**From:** Tom Moss [/O=STATEFARM/OU=HOME/CN=RECIPIENTS/CN=C4SG]
**Sent:** 3/21/2020 3:40:33 AM
**To:** Melissa Grimmett [melissa.grimmett.ghi1@statefarm.com]; Brad Rushton [brad.rushton.b92n@statefarm.com]
**CC:** Scott Welsh [scott.welsh.cx30@statefarm.com]; Tanya E Potts [tanya.e.potts.gqhu@statefarm.com]
**BCC:** Tom Moss [tom.moss.c4sg@statefarm.com]; Melissa Grimmett [melissa.grimmett.ghi1@statefarm.com]; Brad Rushton [brad.rushton.b92n@statefarm.com]; Scott Welsh [scott.welsh.cx30@statefarm.com]; Tanya E Potts [tanya.e.potts.gqhu@statefarm.com]
**Subject:** RE: Update: Haag Wind and Hail Videos

Updated with hyperlinks to OGs

---

**From:** Tom Moss
**Sent:** Friday, March 20, 2020 10:37 PM
**To:** Melissa Grimmett <melissa.grimmett.ghi1@statefarm.com>; Brad Rushton <brad.rushton.b92n@statefarm.com>
**Cc:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Subject:** RE: Update: Haag Wind and Hail Videos
**Importance:** High

Hello Melissa, I have updated the memo with my thoughts.

Brad – thoughts?

Tom

March XX, 2020

Subject: HAAG Education Presents – Hail and Wind Damage Assessment Video Series

To: Claims Managers – P&C Claims – distribution list needed

From: Claims Training & Consulting? Yes or no? Yes, I think this should come from Training (you) and Consulting Services, either Brad as technical consultant or me as I have the wind/hail focus

**What you should know**

The 2020 Fire Property Claims Quality Plan, released in early February, 2020, references material being delivered by Haag Education sometime in Q1 of 2020. Claims training worked with Haag Education to develop a hail and wind damage assessment e-learning/informational video series in preparation for the 2020 storm season. This "just in time" informational video series supports the plan's continued focus on quality claim handling and fundamentals accountability. As provided within the plan, the video series should be scheduled and completed, as capacity and service goals allow.

**Action Required**

The Haag Education Hail and Wind Damage Assessment Video Series is available in MyBlock (Course XXXXXX) and is recommended to be completed by Fire claim handlers in our in-office,

EXHIBIT 25

deployed and proximity locations as capacity and other priorities allow. Consideration should be given to have handlers complete the e-learning video series located in hail prone locations, and those most likely to respond to weather events in Texas and Oklahoma, for example, initially.

The information provided by Haag provides an engineering perspective of damage causation and is not intended to provide an analysis of coverage under an insurance policy. Claim handlers should refer to OG 75-01 First Party Claim Guidelines and Requirements and OG 75-160 Wind/Hail Roofing Guidelines for additional information regarding coverage for wind and hail losses. To help with communicating this to your leadership teams, we have identified a few examples to refer to specifically in your communications. Please do not forward the attachment.

<< OLE Object: Microsoft Word Document >>

**Additional details**

- Included with the attachment above are the chapter/segments included in the video series.
- The video series from start to finish, if viewed in its entirety, is approximately 5.5 hours in length.
- Is this mandatory? I think we say all should attend but not mark as mandatory, in the event that someone fails to attend and then we have the document that states it is mandatory.
- Should there be a "mark complete" requirement at the completion of the video series? Yes, I would like a way to track that it has been completed.

**If you have questions**

If you have questions, please reach out to your Consultant or Claims Training (link in Mel's ID for Claims Training).

C:

Kelly Bever, VPO – P&C Claims
Wendy Mazza, VPO – P&C Claims
Kathy Ress, VPO – P&C Claims
Tyrone Smith, VPO – P&C Claims
Greg Jones, VPO – P&C Claims

(Check to make sure all VPO's are included)

---

**From:** Melissa Grimmett
**Sent:** Thursday, March 19, 2020 7:38 AM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Brad Rushton <brad.rushton.b92n@statefarm.com>
**Cc:** Scott Welsh <scott.welsh.cx30@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Subject:** FW: Update: Haag Wind and Hail Videos
**Importance:** High

Good morning. Heard from HAAG. There is no script and they will work on one. Tanya provides details below. Since it might take them a while to do this, we have a handful of analysts in-house transcribing. It might take us a few days, but we will work through it and send to you for review once completed.

**Action** – in the meantime, can you take a look at the communication below and add in your edits from a Consulting perspective? Hoping once the transcript is complete, we can move quickly to communicate.

Special thanks to Tanya and her team for keeping this moving.

---

**From:** Tanya E Potts
**Sent:** Wednesday, March 18, 2020 8:35 PM
**To:** Melissa Grimmett <melissa.grimmett.ghi1@statefarm.com>
**Cc:** Sharonna Owens <sharonna.owens.lsur@statefarm.com>; Tina Kohn <tina.kohn.l2su@statefarm.com>
**Subject:** RE: Update: Haag Wind and Hail Videos

Update: Good News

- HAAG agreed to provide a script.
- The turnaround to receive the script is - best case one week and worst case two weeks or more if staffing/capacity becomes impacted for the transcription services vendor Haag contracts with. Once Kevin knows the timeframe he will share with us.
- Discussed next steps with Tina and we decided to proceed with having analysts and any LDF with some capacity along with myself to transcribe the videos to expedite the publishing.
- There are six analysts and myself currently transcribing. Tricia Carter has taken the lead on this and has organized and provided the transcription and publishing assignments out to those assisting. (Tricia has been very helpful and informative throughout the process.)
- The teamwork shown in an effort to complete this video publishing and script creation effort has been outstanding – specifically the leadership and guidance provided by Tina throughout. (I sincerely appreciate you Tina – thank you for your willingness to support this effort.)
- Depending on additional LDF/analyst capacity we may be able to secure, we will continue to keep the pace to get the scripts transcribed and videos published. Jerry is looking for a person to deploy to assist us.
- I will update once the video publishing has been completed.

Pending

- Memo editing – review of message points with Consulting Services if warranted
- Video message points discussed and documented within a separate document? Or a general message regarding State Farm perspective?
- Once published, submit MyBlock form to set up Course and imbed training course information in Announcement Haag Wind and Hail Assessment Videos

March XX, 2020

| | |
|---|---|
| Subject: | HAAG Education Presents – Hail and Wind Damage Assessment Video Series |

| | |
|---|---|
| To: | Claims Managers – P&C Claims – distribution list needed |
| From: | Claims Training & Consulting? Yes or no? |

**What you should know**
The 2020 Fire Property Claims Quality Plan, released in early February, 2020, references material being delivered by Haag Education sometime in Q1 of 2020. Claims training worked with Haag Education to develop a hail and wind damage assessment e-learning/informational video series in preparation for the 2020 storm season. This "just in time" informational video series supports the plan's continued focus on quality claim handling and fundamentals accountability. As provided within the plan, the video series should be scheduled and completed, as capacity and service goals allow.

**Action Required**
The Haag Education Hail and Wind Damage Assessment Video Series is available in MyBlock (Course XXXXXX) and is recommended to be completed by Fire claim handlers in our in-office, deployed and proximity locations as capacity and other priorities allow. Consideration should be given to have handlers complete the e-learning video series located in hail prone locations, and those most likely to respond to weather events in Texas and Oklahoma, for example, initially.

The information provided by Haag does lend an engineering perspective in some instances and not an insurance coverage/damage perspective. While their perspective is not inaccurate, it is not State Farm's understanding and should be noted in advance of viewing the videos. To help with communicating this to your leadership teams, we have identified a few examples to refer to specifically in your communications. Please do not forward the attachment.

<< OLE Object: Microsoft Word Document >>

**Additional details**

- Included with the attachment above are the chapter/segments included in the video series.
- The video series from start to finish, if viewed in its entirety, is approximately 5.5 hours in length.
- Is this mandatory? Should there be a "mark complete" requirement at the completion of the video series?

**If you have questions**
If you have questions, please reach out to your Consultant or Claims Training (link in Mel's ID for Claims Training).

C:
Kelly Bever, VPO – P&C Claims
Wendy Mazza, VPO – P&C Claims
Kathy Ress, VPO – P&C Claims
Tyrone Smith, VPO – P&C Claims

(Check to make sure all VPO's are included)