From: Pete McArdle [/OU=VIRTUAL/CN=CACE]
Sent: 3/3/2021 2:56:28 PM
To: Eileen Colbert [eileen.colbert.gitd@statefarm.com]; Gwen Hodgson [gwen.hodgson.lpb5@statefarm.com]; Katina Butler [katina.butler.gmih@statefarm.com]
BCC: Eileen Colbert [eileen.colbert.gitd@statefarm.com]; Gwen Hodgson [gwen.hodgson.lpb5@statefarm.com]; Katina Butler [katina.butler.gmih@statefarm.com]
Subject: RE: Fire Claims 2021 Quality Plan

Looks good Eileen, I think 2 hours 15 minutes should do it.

---

**From:** Eileen Colbert
**Sent:** Wednesday, March 3, 2021 8:55 AM
**To:** Gwen Hodgson <gwen.hodgson.lpb5@statefarm.com>; Katina Butler <katina.butler.gmih@statefarm.com>; Pete McArdle <pete.mcardle.cace@statefarm.com>
**Cc:** Eileen Colbert <eileen.colbert.gitd@statefarm.com>
**Subject:** FW: Fire Claims 2021 Quality Plan

Are you all good with these segments as our plan?

- Chapter 1 (1 hour, 28 mins) + Chapter 2, Segment 1 (22 mins) + Chapter 2, Segment 3 (12 mins). **Total of 2 hrs, 2 mins.**

If so, how much time do we need ESS&P to schedule per person? Is 2 hrs, 15 mins enough? 2 hrs, 30 mins?

I'll get a note to Allen when I hear back from you so we can start scheduling.

I'll also mention at huddle today. We should probably also get a memo to the TMs this afternoon recapping which segments of the refresher are required to forward to their teams if one of you don't mind taking the lead on that.

Thanks.

---

**From:** Eileen Colbert
**Sent:** Wednesday, March 3, 2021 9:41 AM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Bill Lingenfelter <bill.lingenfelter.hx3v@statefarm.com>
**Cc:** Eileen Colbert <eileen.colbert.gitd@statefarm.com>; Gwen Hodgson <gwen.hodgson.lpb5@statefarm.com>; Katina Butler <katina.butler.gmih@statefarm.com>; Pete McArdle <pete.mcardle.cace@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Hi Tom –

Thanks much for tracking this down for us!

I'm also pleased to see you prioritize me over Bill......I concur it should ALWAYS be that way, and it speaks to your high level of intellect. ☺

---

**From:** Tom Moss

EXHIBIT
27

**Sent:** Wednesday, March 3, 2021 9:17 AM
**To:** Bill Lingenfelter <bill.lingenfelter.hx3v@statefarm.com>; Eileen Colbert <eileen.colbert.gitd@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

I did it for Eileen Bill ☺

Hope you both are having a good day.

---

**From:** Bill Lingenfelter
**Sent:** Wednesday, March 03, 2021 8:14 AM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Eileen Colbert <eileen.colbert.gitd@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Thank you Tom!!

---

**From:** Tom Moss
**Sent:** Wednesday, March 03, 2021 9:12 AM
**To:** Bill Lingenfelter <bill.lingenfelter.hx3v@statefarm.com>; Eileen Colbert <eileen.colbert.gitd@statefarm.com>
**Subject:** FW: Fire Claims 2021 Quality Plan

Updated to 7 segments of Haag Training.

---

**From:** Tanya E Potts
**Sent:** Wednesday, March 03, 2021 8:05 AM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>
**Cc:** Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Tom –

The update to seven segments was completed yesterday afternoon.

The instructions were also updated to read 7 segments completed will complete the requirement.

To date 1007 completions of the refresher training are recorded and an additional 30 are in progress and will likely be moved to completing the requirement with the change to 7 segments.

Further clarification on why 11 segments were used to fulfill the two hour requirement were shared with me yesterday.

- If the shortest segments are selected, 11 segments were required to get to 1:58 minutes.
- As you shared yesterday, seven segments completed in Chapters one and two only require seven segments be completed to meet the requirement as there are several 20 minute or longer segments.

- Chapter three and four have several shorter segments between 6 and 12 minutes in length and the shortest seven segments are 1:04. The next four shortest segments provide an additional 54 minutes to be two minutes shy of the requirement.

- If any additional message points or updates to the requirements are necessary, please let me know?

If you would like an updated memo sent, I will get one back to you today.

Thank you,
Tanya

---

**From:** Tom Moss
**Sent:** Tuesday, March 2, 2021 11:29 AM
**To:** Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Excellent – thank you

---

**From:** Tanya E Potts
**Sent:** Tuesday, March 02, 2021 11:24 AM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Tom –

I have asked the HR&D group to re-evaluate that and will follow up as soon as I hear back from them.

Thanks,
Tanya

---

**From:** Tom Moss
**Sent:** Tuesday, March 2, 2021 11:12 AM
**To:** Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Thanks Tanya,

I reviewed the length of the segments and many of the segments are 20+ minutes long. I think that completing 7 segments would guarantee 2 hours, even if the user choose all the shortest segments. I can go back through the length of each of the segments and confirm, but I believe I am correct.

Tom

---

**From:** Tanya E Potts
**Sent:** Tuesday, March 02, 2021 11:09 AM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>
**Cc:** Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Hi Tom –

In order to get accurate/clean reporting in MyBlock – that would recognize the 2 hour completion requirement, the HR&D MyBlock team ran algorithms using all of the segments that averaged the need to complete 11 segments to get two hours of the HAAG training completed.

I hope my explanation makes sense, but I can get additional detail if you would like?

Thanks,
Tanya

---

**From:** Tom Moss
**Sent:** Tuesday, March 2, 2021 10:43 AM
**To:** Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>
**Subject:** FW: Fire Claims 2021 Quality Plan
**Importance:** High

Good morning,

I am in classes all week and do not have time to join a quick call to discuss.

The quality plan for 2021 requires 2 hours of Haag Training. Does the Haag Refresher Training require them to complete 11 segments or 2 hours?

Tom

---

**From:** Eileen Colbert
**Sent:** Tuesday, March 02, 2021 10:40 AM
**To:** Pete McArdle <pete.mcardle.cace@statefarm.com>; Katina Butler <katina.butler.gmih@statefarm.com>; Gwen Hodgson <gwen.hodgson.lpb5@statefarm.com>; Tom Moss <tom.moss.c4sg@statefarm.com>
**Cc:** Eileen Colbert <eileen.colbert.gitd@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan
**Importance:** High

This is what I am seeing in the quality plan pertaining to a minimum of 2 hours of refresher training, which doesn't align with the Refresher course details in MyBlock which indicates 11 segments need to be completed.

Wind/Hail Losses

1. HAAG Education Hail and Wind Assessment Video Series:

• For all Fire Proximity and WCCS Section Managers, Team Managers, and Claim Specialists who have previously completed the full HAAG Education Hail and Wind Assessment Video Series.

o A yearly refresher of relevant portions from the HAAG Education Hail and Wind Assessment Video Series will be determined by the business area. A minimum of 2 hours of refresher training will be completed by each claim handler and TM.

o The training is segmented into 4 Chapters with multiple segments per chapter. Chapter 1 - Hail and Wind Basics contains 4 segments and is ~ 1 hour and 28 minutes. Chapter 2 - Composition Shingles contains 9 segments and is ~ 2 hours and 33 minutes.

• New to Role - this training is not included in the new to role curriculum and will be incorporated into initial claim specialist (CS) training for all Fire Proximity and WCCS Claim Specialists. TMs will be responsible for ensuring the full video series of training, which is 22 sessions and approximately 5.5 hours in duration, is completed within the first 30 days the CS is in role.

**Tom – will you please weigh-in on the expectation for HRU. Are we needing to complete a minimum of 2 hours (please see highlighted note below a suggested selection of 6 segments totaling 2 hrs, 2 mins) or complete 11 segments? If we do need to complete 11 segments, including Chapter 1 and 7 of the most applicable segments in Chapter 2, the total time is appx. 3 hrs, 26 mins. for 250+ handlers.**

Thanks.

---

**From:** Pete McArdle
**Sent:** Tuesday, March 2, 2021 11:09 AM
**To:** Katina Butler <katina.butler.gmih@statefarm.com>; Eileen Colbert <eileen.colbert.gitd@statefarm.com>; Gwen Hodgson <gwen.hodgson.lpb5@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

Agree, we haven't done anything to schedule the refresher to this point.

---

**From:** Katina Butler
**Sent:** Tuesday, March 2, 2021 10:05 AM
**To:** Eileen Colbert <eileen.colbert.gitd@statefarm.com>; Gwen Hodgson <gwen.hodgson.lpb5@statefarm.com>; Pete McArdle <pete.mcardle.cace@statefarm.com>
**Subject:** RE: Fire Claims 2021 Quality Plan

I agree we can review on call today. I believe we have to complete 11 parts for the refresher.

---

**From:** Eileen Colbert
**Sent:** Tuesday, March 2, 2021 10:32 AM
**To:** Gwen Hodgson <gwen.hodgson.lpb5@statefarm.com>; Katina Butler <katina.butler.gmih@statefarm.com>; Pete McArdle <pete.mcardle.cace@statefarm.com>
**Cc:** Eileen Colbert eileen.colbert.gitd@statefarm.com
**Subject:** FW: Fire Claims 2021 Quality Plan

Oops.....I missed getting this on the calendar. Anyone else contact ESS&P to get it scheduled? If not, we can review today in the call.

We also need to figure out 2 hrs worth of training. Perhaps Chapter 1 (1 hour, 28 mins) + Chapter 2, Segment 1 (22 mins) + Chapter 2, Segment 3 (12 mins)?

---

**From:** Nicole Manduca
**Sent:** Friday, February 26, 2021 7:25 PM
**To:** Bill Escott <bill.escott.bfs6@statefarm.com>; Eileen Colbert <eileen.colbert.gitd@statefarm.com>; Gwen Hodgson <gwen.hodgson.lpb5@statefarm.com>; Katina Butler <katina.butler.gmih@statefarm.com>; Laura E Mize <laura.e.mize.ihth@statefarm.com>; Pete McArdle <pete.mcardle.cace@statefarm.com>; Scott Steele <scott.steele.h7j0@statefarm.com>; Stacey Janssen <stacey.janssen.i0pk@statefarm.com>
**Subject:** FW: Fire Claims 2021 Quality Plan

Friendly reminder – the HAAG Refresher Training should be completed by the end of Q1 (per P&C).

---

**From:** Julie Jarnagin **On Behalf Of** Scott Welsh
**Sent:** Wednesday, December 23, 2020 7:53 AM
**To:** DL-PC-CLMS-AllFire-SMs <DL-PC-CLMS-AllFire-SMs.DLGOG0@internal.statefarm.com>; DL-PC-CLMS-AllFire-CMs <DL-PC-CLMS-AllFire-CMs.DLNMA6@internal.statefarm.com>; DL-PC-CLMS-CS-Consultants-Fire <DL-PC-CLMS-CS-Consultants-Fire.DL252I@internal.statefarm.com>
**Cc:** Kathy Ress <kathy.ress.he8j@statefarm.com>; Wendy Mazza <wendy.mazza.c9s2@statefarm.com>; Gregory E Jones <gregory.e.jones.gzwh@statefarm.com>; Tyrone Smith <tyrone.smith.a57w@statefarm.com>; Scott Welsh <scott.welsh.cx30@statefarm.com>; Brad Rushton <brad.rushton.b92n@statefarm.com>
**Subject:** Fire Claims 2021 Quality Plan

December 23, 2020

Subject: Fire Claims 2021 Quality Plan

To: Fire Claims Section Managers
Fire Claim Managers
Fire Property Claim Consultants

From: Fire Claims 2021 Planning Committee

Thank you for our discussion on the 2021 planning process and the updates to Fire Focus recommendations for the new year.

The following documents are resources for use in further development of each section's specific tactics. Claim managers, in partnership with consulting services, will be working with section managers to provide guidance on how the plan will be implemented within each division/section and monitored throughout the year.

2021 Fire Claims Quality Plan

Fire Claims Quality 2021 Plan – presentation

Please consider inviting your Claim Manager and Fire Claim Consultant if you are discussing the plan or setting expectations with your team.

**If you have questions**
Contact your Consultant or Claim Manager.

C: Fire Claim VPOs, Scott Welsh, Brad Rushton

FOR INTERNAL STATE FARM USE ONLY
Contains information that may not be disclosed outside State Farm without authorization