---

**From:** Scott Welsh [/O=STATEFARM/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=5D99B0B083AF4638BBA0385827DECFB9]
**Sent:** 1/29/2021 11:04:22 PM
**To:** Tom Moss [tom.moss.c4sg@statefarm.com]
**BCC:** Scott Welsh [scott.welsh.cx30@statefarm.com]; Tom Moss [tom.moss.c4sg@statefarm.com]
**Subject:** RE: HAAG video series

Thank you for sharing Tom – What a great way to track engagement/progress on learning.

---

**From:** Tom Moss
**Sent:** Friday, January 29, 2021 4:29 PM
**To:** Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>; Marie Dyer <marie.dyer.gmxb@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>; Scott Welsh <scott.welsh.cx30@statefarm.com>
**Subject:** RE: HAAG video series

This sounds like an amazing solution. Thank you. Tuesday works great for us.

Tom

---

**From:** Tanya E Potts
**Sent:** Friday, January 29, 2021 2:00 PM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Marie Dyer <marie.dyer.gmxb@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Subject:** RE: HAAG video series

Hi Tom – We have an idea we are working with the MyBlock support team in HR&D to present (we are working up a visual to share our proposed solution), that would allow the learner to select from the complete listing of HAAG videos, two hours of video content, that must be completed as refresher in 2021. They would then be required to certify the completion in MyBlock when finished with the two hours. This would serve as their completion record. The TM may want to run individual transcripts to ensure they have two hours of video content completed, but CS/SM/CM would be able to pull a report for their section/division/all of FIRE claims to document all who certified their completion of the two hours.

Would it be possible to complete our work up of this visual to share for further clarification and provide to you by Tuesday? If you do require a response sooner and/or have questions, please let me know.

Thank you,
Tanya

EXHIBIT
28

---

**From:** Tom Moss
**Sent:** Friday, January 29, 2021 1:30 PM
**To:** Marie Dyer <marie.dyer.gmxb@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Heather Hanselka

<heather.hanselka.g9aj@statefarm.com>
**Subject:** RE: HAAG video series

Can we track the chapters that each learner completes?

---

**From:** Marie Dyer
**Sent:** Friday, January 29, 2021 1:19 PM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>; Marie Dyer <marie.dyer.gmxb@statefarm.com>
**Subject:** RE: HAAG video series

Tom,

I will have a new curriculum built for 2021 Refresher HAAG training. You can then communicate a deadline for learners to complete, and run a My Block report of completers and non-completers. Let me know which training you would like to include in the new refresher curriculum – one chapter, two chapters, or any combination for the 2 hours you are trying to hit.

Thank you,
Marie

---

**From:** Tom Moss
**Sent:** Friday, January 29, 2021 1:12 PM
**To:** Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>; Marie Dyer <marie.dyer.gmxb@statefarm.com>
**Subject:** RE: HAAG video series

Awesome. So how will we know when they have completed 2 hours of training? Can we run a report? Or do we need to specifically assign segments for them to review?

Tom

---

**From:** Tanya E Potts
**Sent:** Friday, January 29, 2021 12:47 PM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Heather Hanselka <heather.hanselka.g9aj@statefarm.com>; Marie Dyer <marie.dyer.gmxb@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Subject:** RE: HAAG video series

Good Afternoon –

After discussing with my master curriculum creator, Marie, we can do what is requested below or any combination of the Haag video series as a refresher for 2021.

We would still keep the original series published as is for all "new to role learners" and anyone who was interested in or needed to take the entire series.

Please let me know if you have any questions or would like to discuss further?

Thank you,
Tanya and Marie

---

**From:** Heather Hanselka
**Sent:** Friday, January 29, 2021 11:31 AM
**To:** Tom Moss <tom.moss.c4sg@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>
**Cc:** Nicole Manduca <nicole.manduca.lok2@statefarm.com>
**Subject:** FW: HAAG video series

Hi -

I am bringing Tanya into this as her team will be working with L&D and she can make sure it meets your needs for reporting. I like the idea of having specific segments in and calling it a refresher but Tanya has some options for you.

Will we be able to track when they have completed 2 hours of the training? Or, should just add certain segments of the training under the 2021 HAAG Education Hail & Wind Assessment Video Series? Specifically, Chapter 1 - Hail and Wind Basics (4 segments and is ~ 1 hour and 28 minutes) and Chapter 2 - Composition Shingles (9 segments and is ~ 2 hours and 33 minutes.) If we add specific segments, we may want to call it 2021 HAAG Education Hail & Wind Assessment Video Series – Refresher.

The 2021 Quality Plan requires everyone to complete 2 hours of Haag refresher training.

Tom