| | |
|---|---|
| From: | Scott Welsh [/O=STATEFARM/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=5D99B0B083AF4638BBA0385827DECFB9] |
| Sent: | 2/3/2022 4:49:58 PM |
| To: | Tom Moss [tom.moss.c4sg@statefarm.com] |
| CC: | Walter Phillips [walter.phillips.gg6l@statefarm.com]; Gregory E Jones [gregory.e.jones.gzwh@statefarm.com] |
| BCC: | Scott Welsh [scott.welsh.cx30@statefarm.com]; Tom Moss [tom.moss.c4sg@statefarm.com]; Walter Phillips [walter.phillips.gg6l@statefarm.com]; Gregory E Jones [gregory.e.jones.gzwh@statefarm.com] |
| Subject: | RE: Wind Hail Claim Handling Sessions |

Thank you Tom,

Appreciate you taking the lead in getting this training developed, presenters identified and set on the calendar.

Well done sir.

Scott

---

**From:** Tom Moss
**Sent:** Thursday, February 3, 2022 10:35 AM
**To:** John Thoma <john.thoma.jp2f@statefarm.com>; Tim Northquist <tim.northquist.cz3u@statefarm.com>; Adrian Mack <adrian.mack.h39l@statefarm.com>; Kevin Brotherton <kevin.brotherton.h50r@statefarm.com>; Jared Runnels <jared.runnels.juu8@statefarm.com>; Clint Mahan <clint.mahan.pgrb@statefarm.com>
**Cc:** Tom Moss <tom.moss.c4sg@statefarm.com>; Walter Phillips <walter.phillips.gg6l@statefarm.com>; Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Tammy M Davidson <tammy.m.davidson.a55w@statefarm.com>; John Broadway <john.broadway.lwnj@statefarm.com>; Scott Welsh <scott.welsh.cx30@statefarm.com>
**Subject:** Wind Hail Claim Handling Sessions

Good morning all and thank you for your willingness to help present this year. You will be receiving a series of invitations from Tammy Davidson for the 2022 Wind Hail Claim Handling Sessions for the times shown below. If you have a conflict with one of the meetings, others can jump in and cover your topic, so no worries, we will just need to communicate as a team.

I will set a call for early next week for the presenters to visit and talk through the agenda. We will not have a PowerPoint presentation. Each of you will have a file(s) to review with the attendees and discuss your observations.

I will kick off the session with a discussion on the following topics:

OG 75-160
Repair – replace (contract discussion)
Reasonable consistent appearance
- Wind damage – widespread and scattered damage
- Wind repair – replace calculator (new tool)
- Management review
  - Small hail
  - Light wind

FME Guidelines sunset and moved to SCPs and OG

Kevin, we would love for you to bring in a file review on how we effectively used NearMap and perhaps a file where we missed the opportunity.

EXHIBIT 29

Adrian, you crushed the discussion last year on a wear/tear example and we would love for you to cover this topic again.

Tim, we discussed having you show a hail file with good photos of hail, including collateral that supported a diligent investigation and then bring up a file where we paid for hail damage but the file documentation needed was not present.

Otto, we discussed having you show a wind file with good photos of wind that supported a diligent investigation and then bring up a file where we paid for wind damage but the file documentation needed was not present.

Clint will present an example of widespread scattered wind damage where the calculations did not hit 50% in the wind repair – replace calculator but the decision to replace the slope was warranted.

Jared has a few topics to cover on reparability, including potential over manipulation of shingles by contractors.

---

**From:** John Broadway
**Sent:** Thursday, February 03, 2022 10:05 AM
**To:** Anthony Richardson <anthony.richardson.hmad@statefarm.com>; Clint Mahan <clint.mahan.pgrb@statefarm.com>; Greg Robinson <greg.robinson.l420@statefarm.com>; Jared Runnels <jared.runnels.juu8@statefarm.com>; Jason Payne <jason.payne.i953@statefarm.com>; Jessica Rich <jessica.rich.p2ki@statefarm.com>; John Broadway <john.broadway.lwnj@statefarm.com>; Nicole Manduca <nicole.manduca.lok2@statefarm.com>; Tanya E Potts <tanya.e.potts.gqhu@statefarm.com>; Tom Moss <tom.moss.c4sg@statefarm.com>
**Subject:** FW: Wind Hail Claim Handling Sessions

Working Copy of review session communications.

February 8, 2021

Subject: Wind Hail Claim Handling Sessions

To: Fire Section Managers - Proximity
Fire Section Managers - WCCS Deployed
Fire Section Managers - Hail Reconciliation Unit
Fire Section Managers - WCCS Stewardship
Fire Section Managers - BCFR

From: P&C Fire Claim Consultants

**What you should know**
In alignment with Our Commitment to Our Policyholders, P&C Claims Strategy Map, and 2022 Fire Claims Quality Plan , Consulting Services has partnered with Execution leadership to facilitate sessions where we will review common wind and hail loss scenarios and existing resources to provide guidance on wind and hail claim handling.

**What You Need to Do**
All Fire Claim Section Managers, Team Managers and Fire Claim Specialists in our WCCS Stewardship, WCCS Deployed, Hail Reconciliation Unit, Boat Commercial Farm Ranch and Fire Proximity segments should attend one of the following eight sessions as your schedule permits. Please note that the same information will be shared during each session.

Please cascade this information to your team members.

| Wind Loss Sessions | Date | Time (CST) | iCalendar |
|---|---|---|---|
| Session #1 | February 15, 2022 | 2:00 – 4:00 PM | Add invite |
| Session #2 | February 17, 2022 | 2:00 – 4:00 PM | Add invite |
| Session #3 | February 22, 2022 | 11:00 AM – 1:00 PM | Add invite |
| Session #4 | February 24, 2022 | 2:00 – 4:00 PM | Add invite |
| Session #5 | March 1, 2022 | 11:00 AM – 1:00 PM | Add invite |
| Session #6 | March 3, 2022 | 11:00 AM – 1:00 PM | Add invite |
| Session #7 | March 7, 2022 | 1:00 – 3:00 PM | Add invite |
| Session #8 | March 9, 2022 | 1:00 – 3:00 PM | Add invite |

**Additional Details**
For any questions regarding the sessions, please contact Nicole Manduca.

C: Kathy Ress, Tyrone Smith, Scott Welsh, P&C Claim Fire Consultants, P&C Claim Fire Claim Managers, Walter Phillips, Derek Miller, Adrian Mack, John Thoma, Kevin Brotherton, Clint Mahan, Jared Runnels, Tim Northquist

FOR INTERNAL STATE FARM USE ONLY
Contains information that may not be disclosed outside State Farm without authorization