| ID | Name of Project | Summary Description | Owning Area | Work Initiation Status | Approved Project Phase | Anticipated Strategy Map Outcome | Project Desired Start Date | Estimated Completion Date | PMO Assessment | Monthly Status | Actual Start Date | Actual Completion Date | Created | Project Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1312 | Hail Reconciliation Unit (HRU) - Stewardship Redesign | The Hail Reconciliation Unit (HRU) is current a team managed environment. To address operational challenges with inventory management, file ownership of HRU claims will be tested, along with a reserve unit. The reserve unit addresses some of the common stewardship challenges of overflow calls and absence coverages. The hypothesis: Redesigning HRU will enable greater operational efficiencies, improve claim quality, increase employee engagement, and improve the customer experience. | POST | Approved | In Progress - Testing | Reduce Operating Expense per Claim | 8/28/2023 | 3/31/2024 | Support Initiative:Work Segmentation Workstream:Other<br><br>Horizontal Claims Consideration:Weather & Catastrophe Claim Services (WCCS) Deployed, Fire-In-Office, Fire-Proximity<br><br>Other Organizational Impacts:Enterprise Technology, Forecasting & Scheduling, Org/AA, Telephony<br><br>Job Role Impacts:N<br><br>Recommended Owning Area:POST/CPE<br><br>VPO Sponsor(s): Tyrone Smith<br><br>Comments: Owning area dependent on timeline and capacity restraints. Could be owned by CPE or POST. Might be a good fit with other Fire Redesign work, but resources and sequencing will be a factor if picked up by CPE. Following up with Mike K. to determine how this compares in | 12/23/23. Data gathering and analysis in progress to complete recommendation. Sponsor meeting scheduled for 1/12/24 to review final recommendation. Staying connected with Fire Design work for timing and next steps as pertains to Reconcilation Unit design.<br><br>12/7/2023 CM: Test remains in progress, planned to end 12/23/2023. Data analysis in progress to inform recommendation and next steps.<br><br>11/2/2023 CM: Test is in progress, expected to last 90 days, ending approximately 12/24/2023. Results are being monitored and communicated to stakeholders weekly, improvements to claim closing, task completion, and DID answered trends are being seen intially. A two-week pause on incoming new claims to the test participants was implemented to address the intial influx of reassigned claims, which was ~4,200 vs. the projected ~3,700.<br><br>10/2/2023 CM: Test launched on 9/23 with 6 | 7/31/2023 | | 6/27/2023 11:42 | On Track |

EXHIBIT
31

WEST00161014